# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

EVA HIBNICK, individually and on behalf of all
others similarly situated,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

GOOGLE INC.

*JW*

**CV 10   672**

**TO:** (Name and address of defendant)

GOOGLE INC.
600 Amphitheatre Parkway, Mountain View, CA 94043
c/o CSC - Lawyers Incorporating Service
2730 Gateway Oaks Dr., Ste. 100
Sacramento, CA 95833

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William M. Audet
Adel A. Nadji
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
T: (415) 568-2555
F: (415) 568-2556

an answer to the complaint which is herewith served upon you, within *21* days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

FEB 17 2010

Richard W. Wieking

CLERK

DATE_____

**ANNA SPRINKLES**

_____
(BY) DEPUTY CLERK

Dockets.Justia.com