```
1   William M. Audet (CA State Bar #117456)
    waudet@audetlaw.com
2   Adel Nadji (CA State Bar #232599)
    anadji@audetlaw.com
3   Jonas P. Mann (CA State Bar #263314)
    jmann@audetlaw.com
4   AUDET & PARTNERS, LLP
    221 Main Street, Suite 1460
5   San Francisco CA 94105
    Telephone: 415.568-2555
6   Facsimile: 415.568.2556

7   Gary E. Mason
    Donna F. Solen
8   MASON LLP
    1625 Massachusetts Ave., NW
9   Ste. 605
    Washington, DC 20036
10  Phone: (202) 429-2290
    Fax:   (202) 429-2294
11  Email: gmason@masolawdc.com

12  Attorneys for Plaintiffs
    and the Proposed Class
13
```

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EVA HIBNICK, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE INC.,<br><br>　　　　Defendant | Case No.: CV 10 0672 JW<br><br>**NOTICE OF FILING PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

ATTACHED HERETO, as Exhibit A, is a notice of Filing Proof of Service on Summons and Complaint.


| | |
|---|---|
| DATED: February 23, 2010 | AUDET & PARTNERS, LLP |
| | By: /s/ |
| | William M. Audet (SB#117456) |
| | Adel A. Nadji (SB# 232599) |
| | Jonas P. Mann (SB# 263314) |
| | 221 Main Street, Suite 1460 |
| | San Francisco, California 94105 |
| | Phone: 415.568.2555 |
| | Fax:    415.568.2556 |
| | Email: waudet@audetlaw.com |
| | |
| | Gary E. Mason |
| | Donna F. Solen |
| | MASON LLP |
| | 1625 Massachusetts Ave., NW |
| | Ste. 605 |
| | Washington, DC 20036 |
| | Phone: (202) 429-2290 |
| | Fax:    (202) 429-2294 |
| | Email: gmason@masolawdc.com |
| | |
| | *Attorneys for Plaintiffs* |
| | *and the Proposed Class* |

Of Counsel:
William Rubenstein
1545 Massachusetts Avenue
Cambridge, MA 02138
ph.: 617.496.7320

# EXHIBIT A

| Attorney or Party without Attorney:<br>Adel A. Nadji  (SBN 232599)<br>AUDET & PARTNERS, LLP<br>221 Main Street, Suite 1460<br>San Francisco, CA  94105<br>Attorney for: Plaintiffs | Telephone<br>(415) 568-2555 | |
|---|---|---|
| Name of Court: United States District Court – Northern District of California | | |
| Short Case Title: Eva Hibnick, et al v. Google Inc. | | |
| PROOF OF SERVICE | | Case Number: CV 10 0672 JW |

1. At the time of service I was at least 18 years of age and not a party to this action, and
   I served copies of the: SEE ATTACHMENT FOR DOCUMENTS SERVED

2. a. Party Served: Google Inc.
   b. Person Served: Becky DeGeorge, Authorized to Accept Service on Behalf

3. I served the person named in item 2b
   a. by personally delivering the copies on:
   (1) DATE: February 18, 2010
   (2) TIME: 4:15pm
   (3) ADDRESS: CSC Lawyers Incorporating Service
              2730 Gateway Oaks Drive, Suite 100
              Sacramento, CA  95833

4. Witness fees were not demanded or paid.

Fee for Service: $295.00

Person Serving: John B. Spillane
Registered California Process Server
County: San Francisco Registration #: 1133

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA  94107
(415) 487-0400

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: February 18, 2010  Signature: _____

ATTACHMENT TO PROOF OF SERVICE – DOCUMENTS SERVED
United States District Court – Northern District of California
Case No. CV 10 0672 JW  Eva Hibnick, et al v. Google Inc.

1. SUMMONS IN A CIVIL CASE;
2. CLASS ACTION COMPLAINT;
3. CIVIL COVER SHEET;
4. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
5. NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;
6. NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS [BLANK];
7. WAIVER OF THE SERVICE OF SUMMONS [BLANK];
8. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA;
9. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION;
10. ECF REGISTRATION INFORMATION HANDOUT;
11. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION FILING GUIDELINES;