**DENIED WITHOUT PREJUDICE**
/s/ James Ware
Judge James Ware
8/19/2010

1  Susan D. Fahringer, Bar No. 21567
   SFahringer@perkinscoie.com
2  PERKINS COIE LLP
   1201 Third Avenue, Suite 4800
3  Seattle, WA  98101-3099
   Telephone:  206.359.8000
4  Facsimile:  206.359.9000

5  Attorneys for Defendant
   GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE GOOGLE BUZZ PRIVACY LITIGATION | Case No. 10-CV-00672-JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Original Complaint Filed 02/17/10 |
|---|---|

IT IS HEREBY STIPULATED by and between the parties that, for good cause shown related to the workload of counsel and other matters, the Case Management Conference now scheduled for August 30, 2010 shall be continued to such date as the Court shall determine.

DATED:  August 16, 2010

    s/ Susan Fahringer
Susan D. Fahringer, SBN 162978
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Tel (206) 359-8000
Fax (206) 359-9000
Email SFahringer@perkinscoie.com

Attorneys for Defendant
GOOGLE INC.

41063-0140/LEGAL18945527.1                -1-

DATED: August 16, 2010

        s/ Gary E. Mason (with permission)
Gary E. Mason (pro hac vice)
Donna F. Solen (pro hac vice)
MASON LLP
1625 Massachusetts Ave, NW, Suite 605
Washington, D.C.  20036
Tel (202) 429-2290
Fax (202) 429-2294
Email: gmason@masonlawdc.com

Michael F. Ram, SBN 104805
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, CA  94111
Tel (415) 433-4949
Fax (415) 433-7311
Email mram@ramolson.com

Attorneys for Plaintiff and the Proposed Class

IT IS SO ORDERED.

The request to continue is DENIED without prejudice.  All case management conference deadlines remain as previously set.  The Case Management Conference remains set for August 30, 2010 at 10:00 AM.

DATED: __August 19__, 2010.

        _____
HON. JAMES WARE
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

41063-0140/LEGAL18945527.1            -2-

**CERTIFICATION PURSUANT TO C.A.N.D. GENERAL ORDER NO. 45 § X**

I, Susan Fahringer, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories which shall serve in lieu of their signature(s) on the foregoing document.

    s/ Susan Fahringer
Susan D. Fahringer, SBN 162978
SFahringer@perkinscoie.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served 8/16/2010, with a copy of this document via the Court's CM/ECF system.  I certify that all parties who have appeared in this case are represented by counsel who are CM/ECF participants.  Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

    s/ Susan Fahringer
Susan D. Fahringer, SBN 162978
SFahringer@perkinscoie.com