Susan D. Fahringer, Bar No. 21567
SFahringer@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendant
GOOGLE INC.

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*
8/25/2010

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE BUZZ PRIVACY LITIGATION | Case No. 10-CV-00672-JW<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Original Complaint Filed 02/17/10 |

IT IS HEREBY STIPULATED by and between the parties that for the reasons set forth in the accompanying declaration of Susan Fahringer (filed under seal), the Case Management Conference now scheduled for August 30, 2010 shall be continued for 30 days.

DATED: August 20, 2010

                                   s/ Susan Fahringer
                               Susan D. Fahringer, SBN 162978
                               PERKINS COIE LLP
                               1201 Third Avenue, Suite 4800
                               Seattle, WA 98101-3099
                               Tel (206) 359-8000
                               Fax (206) 359-9000
                               Email SFahringer@perkinscoie.com

                               Attorneys for Defendant
                               GOOGLE INC.

DATED:  August 20, 2010

        s/ Michael F. Ram  (with permission)
Michael F. Ram, SBN 104805
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, CA  94111
Tel (415) 433-4949
Fax (415) 433-7311
Email mram@ramolson.com

Gary E. Mason (pro hac vice)
Donna F. Solen (pro hac vice)
MASON LLP
1625 Massachusetts Ave, NW, Suite 605
Washington, D.C.  20036
Tel (202) 429-2290
Fax (202) 429-2294
Email: gmason@masonlawdc.com

Attorneys for Plaintiffs and the Proposed Class

**IT IS SO ORDERED AS MODIFIED:**

The Court finds good cause to continue the case management conference to **October 4, 2010 at 10:00 AM.**  On or before **September 24, 2010** the parties shall file a joint case management conference statement.  To the extent the parties require additional time, the parties shall clearly articulate the reasons for their request.

Dated: August 25, 2010

_____
United States District Judge

LEGAL18990845.1

-2-

**CERTIFICATION PURSUANT TO C.A.N.D. GENERAL ORDER NO. 45 § X**

I, Susan Fahringer, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories which shall serve in lieu of their signature(s) on the foregoing document.

 s/ Susan Fahringer
Susan D. Fahringer, SBN 162978
SFahringer@perkinscoie.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served 8/20/2010, with a copy of this document via the Court's CM/ECF system.  I certify that all parties who have appeared in this case are represented by counsel who are CM/ECF participants.  Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

 s/ Susan Fahringer
Susan D. Fahringer, SBN 162978
SFahringer@perkinscoie.com

LEGAL18990845.1

-3-