Gary E. Mason (pro hac vice)
gmason@masonlawdc.com
Donna F. Solen (pro hac vice)
dsolen@masonlawdc.com
MASON LLP
1625 Massachusetts Ave., NW
Washington, DC  20036
Telephone:  (202) 429-2290
Facsimile:  (202) 429-2294

Michael F. Ram (SBN 104805)
mram@ramolson.com
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

*Attorneys for Plaintiffs and the Proposed Class*

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE BUZZ USER PRIVACY LITIGATION<br><br>This Document Relates To:<br>ALL CASES | No.: 10-00672 JW<br><br>**STIPULATION AND [PROPOSED] ORDER TO ADVANCE DATE OF HEARING FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>JUDGE:       Hon. James Ware<br>MEDIATOR:  Hon. Fern Smith (Ret.)<br><br>**Original Complaint Filed: 02/17/10** |

WHEREAS,

1. On September 3, 2010, Plaintiffs filed their Notice Of Motion And Motion For Order (1) Preliminarily Approving Class Action Settlement; (2) Provisionally Certifying Settlement Class And Appointing Class Counsel; (3) Authorizing Distribution Of Notice Of Settlement; And (4) Setting A Schedule For The Final Approval Process; Memorandum Of Points And Authorities;

2. The motion is set for hearing on December 20, 2010; and

3. The parties wish to proceed as expeditiously as practicable, subject to Court approval, with class notice and implementation of the settlement, and jointly request that the date for hearing

– 1 –

Case No. 10-0672 JW – STIPULATION AND [PROPOSED] ORDER TO ADVANCE DATE OF
HEARING FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

– 2 –

Plaintiffs' motion for preliminary approval be advanced to September 27, 2010.

IT IS THEREFORE HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant Google, through their counsel of record, that subject to the Court's approval, the Court will conduct a hearing on Preliminary Approval of Class Settlement on September 27, 2010, at 9:00 a.m.

Dated:  September 9, 2010   By:   */s/ Michael F. Ram*
Michael F. Ram (SBN 104805)
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, California  94111
Tel:  (415) 433-4949
Fax:  (415) 433-7311
Email: mram@ramolson.com

Gary E. Mason (pro hac vice)
Donna F. Solen (pro hac vice)
MASON LLP
1625 Massachusetts Ave., NW, Ste. 605
Washington, DC 20036
Phone: (202) 429-2290
Fax:    (202) 429-2294
Email: gmason@masonlawdc.com

*Attorneys for Plaintiffs and the Proposed Class*

Dated:  September 9, 2010   By:   */s/ Susan D. Fahringer*
Susan D Fahringer
Perkins Coie LLP
1201 Third Avenue Suite 4800
Seattle, WA 98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000
Email: sfahringer@perkinscoie.com

*Attorneys for Defendant Google, Inc.*

IT IS SO ORDERED.

_____
The Honorable James Ware
United States District Judge

N:\Docs\1200-01\StipOrd re advance hearing.doc

– 3 –

# EXHIBIT A

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated:  September 9, 2010            By:        */s/ Michael F. Ram*
                                                Michael F. Ram (SBN 104805)
                                                RAM & OLSON LLP
                                                555 Montgomery Street, Suite 820
                                                San Francisco, California  94111
                                                Tel:  (415) 433-4949
                                                Fax:  (415) 433-7311
                                                Email: mram@ramolson.com

                                                *Attorneys for Plaintiffs and the Proposed Class*