Gary E. Mason (pro hac vice)
gmason@masonlawdc.com
Donna F. Solen (pro hac vice)
dsolen@masonlawdc.com
MASON LLP
1625 Massachusetts Ave., NW
Washington, DC  20036
Telephone:  (202) 429-2290
Facsimile:  (202) 429-2294

Michael F. Ram (SBN 104805)
mram@ramolson.com
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

*Attorneys for Plaintiffs and the Proposed Class*

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*
9/10/2010

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE BUZZ USER PRIVACY LITIGATION<br><br>This Document Relates To:<br>ALL CASES | No.: 10-00672 JW<br><br>**STIPULATION AND [PROPOSED] ORDER TO ADVANCE DATE OF HEARING FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>JUDGE:     Hon. James Ware<br>MEDIATOR: Hon. Fern Smith (Ret.)<br><br>**Original Complaint Filed: 02/17/10** |

WHEREAS,

1. On September 3, 2010, Plaintiffs filed their Notice Of Motion And Motion For Order (1) Preliminarily Approving Class Action Settlement; (2) Provisionally Certifying Settlement Class And Appointing Class Counsel; (3) Authorizing Distribution Of Notice Of Settlement; And (4) Setting A Schedule For The Final Approval Process; Memorandum Of Points And Authorities;

2. The motion is set for hearing on December 20, 2010; and

3. The parties wish to proceed as expeditiously as practicable, subject to Court approval, with class notice and implementation of the settlement, and jointly request that the date for hearing

– 1 –

Case No. 10-0672 JW – STIPULATION AND [PROPOSED] ORDER TO ADVANCE DATE OF
HEARING FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

– 2 –

1  Plaintiffs' motion for preliminary approval be advanced to September 27, 2010.

2      IT IS THEREFORE HEREBY STIPULATED AND AGREED, by and between Plaintiffs
3  and Defendant Google, through their counsel of record, that subject to the Court's approval, the
4  Court will conduct a hearing on Preliminary Approval of Class Settlement on **October 4, 2010**, at
5  9:00 a.m.

6  Dated:  September 9, 2010      By:      */s/ Michael F. Ram*
    Michael F. Ram (SBN 104805)
7      RAM & OLSON LLP
    555 Montgomery Street, Suite 820
8      San Francisco, California  94111
    Tel:  (415) 433-4949
9      Fax:  (415) 433-7311
    Email: mram@ramolson.com
10

11     Gary E. Mason (pro hac vice)
    Donna F. Solen (pro hac vice)
    MASON LLP
12     1625 Massachusetts Ave., NW, Ste. 605
    Washington, DC 20036
13     Phone: (202) 429-2290
    Fax:    (202) 429-2294
14     Email: gmason@masonlawdc.com

15     *Attorneys for Plaintiffs and the Proposed Class*

16

17 Dated:  September 9, 2010      By:      */s/ Susan D. Fahringer*
    Susan D Fahringer
18     Perkins Coie LLP
    1201 Third Avenue Suite 4800
19     Seattle, WA 98101-3099
    Phone:  (206) 359-8000
20     Fax:  (206) 359-9000
    Email: sfahringer@perkinscoie.com
21
    *Attorneys for Defendant Google, Inc.*
22
    IT IS SO ORDERED.
23

24 Dated: September 10, 2010      _[signature]_
    The Honorable James Ware
25     United States District Judge

26

27 N:\Docs\1200-01\StipOrd re advance hearing.doc
28

– 3 –

# EXHIBIT A

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated:  September 9, 2010            By:        /s/ *Michael F. Ram*
                                                Michael F. Ram (SBN 104805)
                                                RAM & OLSON LLP
                                                555 Montgomery Street, Suite 820
                                                San Francisco, California  94111
                                                Tel:  (415) 433-4949
                                                Fax:  (415) 433-7311
                                                Email: mram@ramolson.com

                                                *Attorneys for Plaintiffs and the Proposed Class*