1  Gary E. Mason (pro hac vice)
   gmason@masonlawdc.com
2  Donna F. Solen (pro hac vice)
   dsolen@masonlawdc.com
3  MASON LLP
   1625 Massachusetts Ave., NW
4  Washington, DC  20036
   Telephone:  (202) 429-2290
5  Facsimile:  (202) 429-2294

6  Michael F. Ram (SBN 104805)
   mram@ramolson.com
7  RAM & OLSON LLP
   555 Montgomery Street, Suite 820
8  San Francisco, California  94111
   Telephone: (415) 433-4949
9  Facsimile: (415) 433-7311

10 [Additional Counsel listed on signature page]

11 *Attorneys for Plaintiffs and the Proposed Class*

12                **THE UNITED STATES DISTRICT COURT**

13           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14                     **SAN JOSE DIVISION**

15

16 | IN RE GOOGLE BUZZ USER PRIVACY LITIGATION | Case No.: 10-CV-00672-JW |
   |---|---|
   | This Pleading Relates To: ALL CASES | **NOTICE OF FILING OF AMENDED [PROPOSED] ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT** |
   | | Date:      October 4, 2010 |
   | | Time:      9:00am |
   | | Place:     Courtroom 8, 4th Floor [Hon. James Ware] |

22         NOTICE is hereby given of the filing of the attached amended proposed Order Granting

23 Preliminary Approval of Class Action Settlement.

24 The proposed Order has been modified as follows:

25     1.  Paragraph 9 (b) has been modified to include a timeframe  in which an objecting Class
        Member must serve a copy of his or her notice of appearance upon Lead Class Counsel and
26        Defendant's Counsel. That time period shall be "no later than twenty-one (21) days prior to
        the Fairness Hearing or as the Court may otherwise direct ."
27     2.  Paragraph 12 is new and states as follows:  "The deadline for Class Counsel to file a petition
28        for award of attorneys' fees and reimbursement of expenses and request for incentive awards

1    to Class Representative shall be thirty-five (35) days before the Fairness Hearing and the

2    deadline for filing a reply shall be five (5) days before the Fairness Hearing."

3    For the convenience of the Court, we attach hereto the proposed Order, as modified, together

4    with a redlined copy of the original proposed Order.

5

DATED:  September 29, 2010                              MASON LLP

6
                                                        By: /s/ Gary E. Mason
7                                                       Gary E. Mason (pro hac vice)
                                                        Donna F. Solen (pro hac vice)
8                                                       1625 Massachusetts Ave., NW
                                                        Ste. 605
9                                                       Washington, DC 20036
                                                        Phone: (202) 429-2290
10                                                      Fax:    (202) 429-2294
                                                        Email: gmason@masonlawdc.com
11
                                                        Michael F. Ram (SBN 104805)
12                                                      RAM & OLSON LLP
                                                        555 Montgomery Street, Suite 820
13                                                      San Francisco, California  94111
                                                        Phone: (415) 433-4949
14                                                      Fax: (415) 433-7311
                                                        Email: mram@ramolson.com
15
                                                        Peter N. Wasylyk (pro hac vice)
16                                                      LAW OFFICES OF PETER N. WASYLYK
                                                        1307 Chalkstone Avenue
17                                                      Providence, Rhode Island 02908
                                                        Phone: (401) 831-7730
18                                                      Fax:    (401) 861-6064
                                                        Email: pnwlaw@ao1.com
19
                                                        Andrew S. Kierstead (SBN 132105)
20                                                      LAW OFFICE OF ANDREW KIERSTEAD
                                                        1001 SW 5th Avenue, Suite 1100
21                                                      Portland, Oregon 97204
                                                        Phone: (508) 224-6246
22                                                      Fax:    (508) 224-4356
                                                        Email: ajkier@aol.com
23
                                                        Michael D. Braun (SBN 167416)
24                                                      Braun Law Group, P.C.
                                                        12304 Santa Monica Blvd., Suite 109
25                                                      Los Angeles, CA 90025
                                                        Phone: (310) 836-6000
26                                                      Fax:    (310) 836-6010
                                                        Email:   service@braunlawgroup.com
27

28

NOTICE OF FILING OF MODIFIED [PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
10-CV-0672-JW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Of Counsel:
William Rubenstein
1545 Massachusetts Avenue
Cambridge, MA 02138
Phone:  (617) 496- 7320

*Attorneys for Plaintiffs' and the Proposed Class
in the above-captioned case*

Jonathan Shub (SBN 237708)
SHUB LAW LLC
1818 Market Street, 13th Floor
Philadelphia, PA 19102
Phone: (610) 435-6551
Fax: (215) 569-1606
Email: jshub@shublaw.com

Christopher A. Seeger
SEEGER WEISS LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584- 0799
Email: cseeger@seegerweiss.com

Lawrence Feldman (pro hac vice)
LAWRENCE E. FELDMAN &
ASSOCIATES
423 Tulpehocken Avenue
Elkins Park, PA 19027
Phone: (215) 885- 3302
Fax: (215) 885-3303
Email: leflaw@gmail.com

Eric Freed (SBN 162546)
FREED & WEISS LLC
111 West Washington Street, Suite 1311
Chicago, IL 60602
Phone: (312) 220-0000
Fax: (313) 220-7777
Email: eric@freedweiss.com

Howard G. Silverman
KANE & SILVERMAN, P.C.
2401 Pennsylvania Ave., Suite 1C-44
Philadelphia, PA 19130
Phone: (215) 232-1000
Fax: (215) 232-0181
Email: HGS@palegaladvice.com

*Attorneys for Plaintiffs and the Proposed Class
in the Feldman action*