Gary E. Mason (pro hac vice)
gmason@masonlawdc.com
Donna F. Solen (pro hac vice)
dsolen@masonlawdc.com
MASON LLP
1625 Massachusetts Ave., NW
Washington, DC  20036
Telephone:  (202) 429-2290
Facsimile:  (202) 429-2294

Michael F. Ram (SBN 104805)
mram@ramolson.com
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

[Additional Counsel listed on signature page]

*Attorneys for Plaintiffs and the Proposed Class*

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE BUZZ USER PRIVACY LITIGATION<br><br>This Pleading Relates To:<br>ALL CASES | Case No.: 10-CV-00672-JW<br><br>**NOTICE OF FILING OF SECOND AMENDED [PROPOSED] ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT**<br><br>Date:     January 31, 2010<br>Time:    9:00am<br>Place:   Courtroom 8, 4th Floor<br>           [Hon. James Ware] |

NOTICE is hereby given of the filing of the attached amended proposed Order Granting Preliminary Approval of Class Action Settlement.

The proposed Order has been modified as follows:

   1.   The following sentence has been added to Paragraph 7:  "The Court hereby approves the appointment of Garden City Group as Class Action Administrator."

   2.   The deadline in Paragraph 12 for Class Counsel to file a petition for award of attorneys' fees and reimbursement of expenses has been changed from be thirty-five (35) days before the Fairness Hearing to December 20, 2010, or forty-two (42) days before the Fairness Hearing.

3. The date for the Fairness Hearing in Paragraph 12 is now January 31, 2010 at 9:00 am.

Respectfully submitted,

DATED: October 5, 2010					MASON LLP

By: /s/ Gary E. Mason
Gary E. Mason (pro hac vice)
Donna F. Solen (pro hac vice)
1625 Massachusetts Ave., NW
Ste. 605
Washington, DC 20036
Phone: (202) 429-2290
Fax:    (202) 429-2294
Email: gmason@masonlawdc.com

Michael F. Ram (SBN 104805)
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, California  94111
Phone:  (415) 433-4949
Fax:  (415) 433-7311
Email: mram@ramolson.com

Peter N. Wasylyk (pro hac vice)
LAW OFFICES OF PETER N. WASYLYK
1307 Chalkstone Avenue
Providence, Rhode Island 02908
Phone: (401) 831-7730
Fax:    (401) 861-6064
Email: pnwlaw@ao1.com

Andrew S. Kierstead (SBN 132105)
LAW OFFICE OF ANDREW KIERSTEAD
1001 SW 5th Avenue, Suite 1100
Portland, Oregon 97204
Phone: (508) 224-6246
Fax:    (508) 224-4356
Email: ajkier@aol.com

Michael D. Braun (SBN 167416)
Braun Law Group, P.C.
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Phone:  (310)  836-6000
Fax:    (310)  836-6010
Email:    service@braunlawgroup.com

Of Counsel:
William Rubenstein
1545 Massachusetts Avenue

Cambridge, MA 02138
Phone: (617) 496-7320

*Attorneys for Plaintiffs' and the Proposed Class in the above-captioned case*

Jonathan Shub (SBN 237708)
SHUB LAW LLC
1818 Market Street, 13th Floor
Philadelphia, PA 19102
Phone: (610) 435-6551
Fax: (215) 569-1606
Email: jshub@shublaw.com

Christopher A. Seeger
SEEGER WEISS LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
Email: cseeger@seegerweiss.com

Lawrence Feldman (pro hac vice)
LAWRENCE E. FELDMAN & ASSOCIATES
423 Tulpehocken Avenue
Elkins Park, PA 19027
Phone: (215) 885-3302
Fax: (215) 885-3303
Email: leflaw@gmail.com

Eric Freed (SBN 162546)
FREED & WEISS LLC
111 West Washington Street, Suite 1311
Chicago, IL 60602
Phone: (312) 220-0000
Fax: (313) 220-7777
Email: eric@freedweiss.com

Howard G. Silverman
KANE & SILVERMAN, P.C.
2401 Pennsylvania Ave., Suite 1C-44
Philadelphia, PA 19130
Phone: (215) 232-1000
Fax: (215) 232-0181
Email: HGS@palegaladvice.com

*Attorneys for Plaintiffs and the Proposed Class in the Feldman action*