Gary E. Mason (*pro hac vice*)
gmason@masonlawdc.com
Donna F. Solen (*pro hac vice*)
dscolen@masonlawdc.com
MASON LLP
1625 Massachusetts Ave., NW
Washington, DC 20036
Telephone:  (202) 429-2290
Facsimile:  (202) 429-2294

Michael F. Ram (SBN 104805)
mram@ramoson.com
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

William B. Rubenstein (SBN 235312)
rubenstein@law.harvard.edu
1545 Massachusetts Avenue
Cambridge, Massachusetts 02138
Telephone:  (617) 496-7320
Facsimile:  (617) 496-4865

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE GOOGLE BUZZ USER
PRIVACY LITIGATION

This Pleading Relates To:

ALL CASES

Case No. 5:10-CV-00672-JW

**DECLARATION OF GARY E. MASON
IN FURTHER SUPPORT OF FINAL
APPROVAL MOTION AND FEE
PETITION**

Date:  February 7, 2011
Time:  9:00 a.m.
Place:  Courtroom 8, 4th Floor
**[Hon. James Ware]**

1.      I, Gary E. Mason, respectfully submit this Declaration in further support of Plaintiffs'
Final Approval Motion and Fee Petition.

2.      I am the managing partner at Mason LLP, and Lead Counsel in the above-captioned
case. I submit this Declaration in order to lodge with the Court objections  received by Class Counsel

– 1 –

1  which were not filed with the Court.

2       3.      A total of forty-seven (47) class members objected to the settlement.  Twenty-one

3  (21) of those objections are on file with the Court.  The remaining twenty-six (26) objections were

4  not filed with the Court but are attached hereto as Exhibits per the following paragraphs.

5  Technically, these objections do not comply with the Court's Second Amended Order Preliminarily

6  Approving Class Action Settlement  (Dkt. 50) (Oct. 7, 2010), which required objectors to file their

7  objections with the Clerk of Court.  *Id.* at ¶9.  Nonetheless, Class Counsel does not oppose the

8  Court's consideration of these objections and files them herewith to facilitate that process.

9       4.      Attached as Exhibit 1 is a true and correct copy of the objection of Howard Abbey

10  dated January 1, 2011.

11      5.      Attached as Exhibit 2 is a true and correct copy of the objection of Glenn Agostinelli.

12      6.      Attached as Exhibit 3 is a true and correct copy of the objection of Satish Chandar

13  Bhardwaj dated January 4, 2011 and the Amended Objection of Satish Chandar Bhardwaj.

14      7.      Attached as Exhibit 4 is a true and correct copy of the objection of Keandre' Curry

15  dated November 11, 2010.

16      8.      Attached as Exhibit 5 is a true and correct copy of the objection of Chris Daugherty

17  dated November 3, 2010.

18      9.      Attached as Exhibit 6 is a true and correct copy of the objection of Lynn Davis dated

19  December 6, 2010.

20      10.     Attached as Exhibit 7 is a true and correct copy of the objection of Fayola Delica

21  dated January 7, 2011.

22      11.     Attached as Exhibit 8 is a true and correct copy of the objection of Alan DiCara.

23      12.     Attached as Exhibit 9 is a true and correct copy of the objection of Fritz Edmunds, Jr.

24      13.     Attached as Exhibit 10 is a true and correct copy of the objection of Nathan Kennedy

25  and Hannah Fong dated December 13, 2010.

26      14.     Attached as Exhibit 11 is a true and correct copy of the objection of Josh Goldfoot

27  dated a November 23, 2010.

28      15.     Attached as Exhibit 12 is a true and correct copy of the objection of Jason Hart dated

1  November 26, 2010.

2          16.     Attached as Exhibit 13 is a true and correct copy of the objection of Patricia Johnson

3  dated December 23, 2010.

4          17.     Attached as Exhibit 14 is a true and correct copy of the objection of Kevin Keil dated

5  December 13, 2010.

6          18.     Attached as Exhibit 15 is a true and correct copy of the objection of Nelson Lewis.

7          19.     Attached as Exhibit 16 is a true and correct copy of the objection of Jorge L. Olivio

8  Lopez dated November 19, 2010.

9          20.     Attached as Exhibit 17 is a true and correct copy of the objection of Andrew MacKie-

10  Mason.

11          21.     Attached as Exhibit 18 is a true and correct copy of the objection of Ian Martin dated

12  January 8, 2011.

13          22.     Attached as Exhibit 19 is a true and correct copy of the objection of L.N. Maxim.

14          23.     Attached as Exhibit 20 is a true and correct copy of the objection of Jason C. Miller

15  dated November 4, 2010.

16          24.     Attached as Exhibit 21 is at true and correct copy of the objection of Andrew J.

17  Phillips.

18          25.     Attached as Exhibit 22 is a true and correct copy of the objection of Timothy F.

19  Rockress dated November 5, 2010.

20          26.     Attached as Exhibit 23 is a true and correct copy of the objection of Devin Shoecraft

21  dated November 3, 2010.

22          27.     Attached as Exhibit 24 is a true and correct copy of the objection of Jimi Thompson.

23          28.     Attached as Exhibit 25 is a true and correct copy of the objection of Dmitri Tisnek

24  dated January 3, 2011.

25          / / /

26          / / /

27          / / /

28          / / /

1    29.    Attached as Exhibit 26 is a true and correct copy of the objection of Gregory Wilmes

2  dated November 5, 2010.

3    I declare under penalty of perjury that the foregoing is true and correct.

4    Executed on February 2, 2011, in Washington, D.C.

Respectfully submitted,

_____*/s/ Gary E. Mason*_____
Gary E. Mason, Esq. (admitted *pro hac vice*)
MASON LLP
1625 Massachusetts Ave., N.W., Suite 605
Washington, D.C. 20036
Tel. (202) 429-2290
Fax. (202) 429-2294

– 4 –