UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME: 50 mins**

## CIVIL MINUTES

**Judge:** James Ware
**Date:** February 7, 2011
**Case No.:** C-10-00672 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Lee-Anne Shortridge
**Special Master:** N/A
**Interpreter:** N/A

## TITLE

**In re Google Buzz Privacy Litigation**

**Attorney(s) for Plaintiff(s)**: Michael Ram, Gary Mason, William Rubenstein
**Attorney(s) for Defendant(s)**: Susan Fahringer
**Other Appearance(s)**: Joshua Furman (for Objector Zimmerman)
Jeffrey Harris and Alan Statman (for Objector Alison Jackson)
Daniel Osborn (for Objector Rudgayzer)
Joseph Nicholson (Objector)
Ryan Murphy (Objector)
Darrell Palmer (for Objectors Steven Cope and Megan Marek)
Nathalie Gachot (Objector in pro per)

## PROCEEDINGS

**1. Motion for Final Approval of Settlement  [Doc. 61]**
**2. Motion for Attorney Fees [Doc. 65]**

## ORDER AFTER HEARING

Hearing held.  The Court took the motions under submission after oral argument.  The Court to issue further order following hearing.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: