Gary E. Mason (*pro hac vice*)
gmason@masonlawdc.com
Donna F. Solen (*pro hac vice*)
dsolen@masonlawdc.com
MASON LLP
1625 Massachusetts Ave., NW
Washington, DC 20036
Telephone:  (202) 429-2290
Facsimile:  (202) 429-2294

Michael F. Ram (SBN 104805)
mram@ramoson.com
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

William B. Rubenstein (SBN 235312)
rubenstein@law.harvard.edu
1545 Massachusetts Avenue
Cambridge, Massachusetts 02138
Telephone:  (617) 496-7320
Facsimile:  (617) 496-4865

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE BUZZ USER PRIVACY LITIGATION<br><br>This Pleading Relates To:<br><br>ALL CASES | Case No. 5:10-CV-00672-JW<br><br>**CLASS COUNSEL'S SUBMISSION OF *CY PRES* ORGANIZATIONS AND DISTRIBUTION AMOUNTS FOR COURT APPROVAL** |

Case No. 10-00672-JW – CLASS COUNSEL'S SUBMISSION OF *CY PRES* ORGANIZATIONS AND DISTRIBUTION AMOUNTS FOR COURT APPROVAL

1

On February 7, 2011 this Court held a Final Approval hearing in the above-captioned matter. Following that hearing, by Order dated February 16, 2011, the Court directed the parties to solicit *cy pres* nominations and ordered Class Counsel to "consolidate the list and submit the *cy pres* organization and distribution amount nominations to the Court for approval." Order Re Nomination Process for *Cy Pres* Recipients, Dkt. 117, February 16, 2011. In accordance with that Order, Class Counsel submits the following report and nominations.

The parties widely solicited applications for *cy pres* funding. As of the March 14, 2011 deadline set by the Court's February 16 Order, the parties had received 77 applications for *cy pres* funding seeking more than $35 million altogether. Pursuant to Section 3.4 of the Settlement Agreement, counsel met and conferred on several occasions to select the final nominations. Following those meetings, the parties agreed to nominate 12 organizations to receive $6,065,000.[1] The organizations and the amounts are:

| Organization | Amount |
|---|---|
| American Civil Liberties Union, Inc. | $1,000,000 |
| Berkeley Center for Law & Technology | 200,000 |
| Berkeley Law School, Samuelson Law, Technology & Public Policy Clinic | 700,000 |
| Berkman Center for Internet & Society at Harvard University | 700,000 |
| Brookings Institution | 165,000 |
| Carnegie Mellon, CyLab Usability, Privacy & Security Lab | 350,000 |
| Center for Democracy & Technology | 500,000 |
| Electronic Frontier Foundation | 1,000,000 |
| Indiana University, Center for Applied Cybersecurity Research | 300,000 |
| Stanford Center for Internet & Society | 600,000 |
| YMCA of Greater Long Beach | 500,000 |
| Youth Radio | 50,000 |

Some of these grants are for a two-year period. A one-page chart listing the 12 organizations and the work that they will do with the *cy pres* funding appears as Exhibit A. The Court's February

---

[1] The common fund created by this settlement contains $8.5 million. Class Counsel has petitioned for a fee award of $2,125,000 and for costs of $29,286.85; Class Counsel intend to submit a motion seeking reimbursement of their final costs, including the costs of settlement and *cy pres* administration, within 30 days of Final Approval of the Settlement. If the Court grants Counsel's fee and costs motions, Counsel estimates that approximately $6 million will remain to be distributed to the *cy pres* recipients. The parties have agreed that any funds remaining in the Common Fund after payment of attorneys' fees and costs should be distributed pro rata (i.e., based on the funding levels set forth above) to the *cy pres* recipients.

Case No. 10-00672-JW – CLASS COUNSEL'S SUBMISSION OF *CY PRES* ORGANIZATIONS AND DISTRIBUTION AMOUNTS FOR COURT APPROVAL

1

16, 2011 Order also directed Class Counsel to submit seven (7) specific pieces of information for each nominated group. *Id.* at 2. Attached to this filing as Exhibit B are 12 one-page summaries listing the information required by the Court's February 16 Order.

The 12 nominated organizations represent a broad cross-section of groups. The groups work on privacy issues in disparate ways: some undertake advocacy, including litigation-related work (such as the American Civil Liberties Union, the Electronic Frontier Foundation, and Berkeley Law School's Samuelson Law, Technology & Public Policy Clinic); other groups do lobbying-related work (Center for Democracy & Technology); while a number of the groups do privacy-related research and education (such as Stanford University's Center for Internet & Society and the Carnegie Mellon University's CyLab Usability, Privacy and Security Lab, which researches mental models that will encourage consumers to protect their own privacy). Like the class itself, the nominated organizations are spread throughout the United States. And the nominated organizations will provide services to traditionally underserved populations: nominee YMCA of Long Beach, for example, aims to train 10,000 low-income citizens on internet privacy-related issues, and nominee Youth Radio focuses on low-income youth to raise awareness of privacy-related internet concerns. The nominees will use the Settlement's Common Fund in ways that are directly related to and consistent with the Class's claims in this case and the landmark amount of funding made available will significantly increase the amount of privacy-related research and advocacy work in the United States.

With the filing of this Report, Class Counsel has separately filed an updated Final Approval Order that (1) reflects the nominations made herein and (2) recognizes that Class Counsel will file a motion for reimbursement of the costs they have incurred since Class Counsel's Final Approval filing in December 2010 within 30 days of Final Approval of the Settlement. Class Counsel respectfully request that the Court approve the 12 nominated organizations at the suggested funding levels and enter the proposed Order Granting Final

Case No. 10-00672-JW – CLASS COUNSEL'S SUBMISSION OF *CY PRES* ORGANIZATIONS AND DISTRIBUTION AMOUNTS FOR COURT APPROVAL

2

Approval to the Settlement, certifying the Settlement Class, appointing class representatives and Class Counsel, approving Class Counsel's fees and expenses, and enabling Counsel to file a final expense motion following Final Approval.

                                          Respectfully submitted,

DATED:   March 25, 2011

                                          **/s/Michael F. Ram**
Michael F. Ram (SBN 104805)
Liaison Counsel
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Phone: (415) 433-4949
Fax: (415) 433-7311

Gary E. Mason, Esq. (admitted *pro hac vice*)
Lead Counsel
MASON LLP
1625 Massachusetts Ave., N.W., Suite 605
Washington, D.C. 20036
Tel. (202) 429-2290
Fax. (202) 429-2294

William B. Rubenstein (SBN 235312)
1545 Massachusetts Avenue
Cambridge, Massachusetts 02138
Phone: (617) 496-7320
Fax: (617) 496-4865

Peter N. Wasylyk (pro hac vice)
LAW OFFICES OF PETER N. WASYLK
1307 Chalkstone Avenue
Providence, Rhode Island 02908
Phone: (401) 831-7730

Andrew S. Kierstead (SBN 132105)
LAW OFFICE OF ANDREW KIERSTEAD
1001 SW 5th Avenue, Suite 1100
Portland, Oregon 97204
Phone: (508) 224-6246

Peter W. Thomas
THOMAS GENSHAFT, P.C.
0039 Boomerand Rd, Ste 8130
Aspen, Colorado 81611
Phone: (970) 544-5900

Case No. 10-00672-JW – CLASS COUNSEL'S SUBMISSION OF *CY PRES* ORGANIZATIONS AND DISTRIBUTION AMOUNTS FOR COURT APPROVAL

Michael D. Braun (SBN 167416)
BRAUN LAW GROUP, P.C.
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Phone: (310) 836-6000

Donald Amamgbo
AMAMGBO & ASSOCIATES
7901 Oakport St., Ste 4900
Oakland, California 94261

Reginald Terrell, Esq.
THE TERRELL LAW GROUP
P.O. Box 13315, PMB # 149
Oakland, California 94661

Jonathan Shub (SBN 237708)
SEEGER WEISS LLP
1818 Market Street, 13th Floor
Philadelphia, Pennsylvania 19102
Phone: (610) 453-6551

Christopher A. Seeger
SEEGER WEISS LLP
One William Street
New York, New York
Phone: (212) 584-0700

Lawrence Feldman
LAWRENCE E. FELDMAN & ASSOC.
423 Tulpehocken Avenue
Elkins Park, Pennsylvania 19027
Phone: (215) 885-3302

Eric Freed (SBN 162546)
FREED & WEISS LLC
111 West Washington Street, Ste 1311
Chicago, IL 60602
Phone: (312) 220-0000

Howard G. Silverman
KANE & SILVERMAN, P.C.
2401 Pennsylvania Ave, Ste 1C-44
Philadelphia, PA 19130
Phone: (215) 232-1000

*Attorneys for Plaintiffs and
the Proposed Class*

Case No. 10-00672-JW – CLASS COUNSEL'S SUBMISSION OF *CY PRES* ORGANIZATIONS AND DISTRIBUTION AMOUNTS FOR COURT APPROVAL