# EXHIBIT A

## LIST OF *CY PRES* NOMINEES

|   | ORGANIZATION | AMOUNT | PROJECT |
|---|---|---|---|
| 1 | American Civil Liberties Union, Inc. | $1,000,000 | National internet privacy campaign. Impact litigation, lobbying for legislative and executive reform, and public education on government and commercial practices that threaten online privacy. |
| 2 | Berkeley Center for Law & Technology | $200,000 | Research, symposia, and policy development on internet privacy issues including browser privacy, cloud computing, and security breach law. |
| 3 | Berkeley Law School, Samuelson Law, Technology & Public Policy Clinic | $700,000 | Representation of clients, amicus briefs, conferences, and advice to clients on internet privacy issues. Two main goals in addition to its educational goals for students: (1) supporting the privacy interests of consumers and private individuals, and (2) developing policies, practices, and technological designs that accommodate both privacy and innovation interests at the most efficient and privacy-protective stage of technological development -- the beginning -- through "privacy by design." |
| 4 | Berkman Center for Internet & Society at Harvard University | $700,000 | Research on privacy-related social media practices, development of privacy-related curricula, and creation of educational tools. Cyberlaw legal clinic provides training to law students and representation to clients on data privacy and privacy and security laws. |
| 5 | Brookings Institution | $165,000 | Center for Technology Innovation. Research on privacy of online identity information, including the goals and effects of the White House draft National Strategy for Trusted Identities in Cyberspace. Output will include papers, policy proposals, and outreach to policymakers. |
| 6 | Carnegie Mellon, CyLab Usability, Privacy & Security Lab | $350,000 | Research on privacy issues, including mental models to find best way to nudge consumers to protect their privacy, studies of how websites track consumers, and developing tools to help users make privacy decisions on social networks. |
| 7 | Center for Democracy & Technology | $500,000 | Consumer Privacy Project. Lobbying for privacy law reform, advocating for technology features to protect privacy, filing complaints with FTC for privacy violations, bringing media attention to privacy infringements, and creating online educational privacy resources for consumers. |
| 8 | Electronic Frontier Foundation | $1,000,000 | Impact litigation, information and resources for social network users, FOIA requests regarding government data collection, lobbying policymakers to reform ECPA, lobbying browsers to include Do Not Track features, and other advocacy and lobbying related to internet privacy. |
| 9 | Indiana University, Center for Applied Cybersecurity Research | $300,000 | Production of radio segments, online videos, and website content focused on online privacy, including tutorials for consumers on privacy protection. |
| 10 | Stanford, Center for Internet & Society | $600,000 | Consumer Privacy Project. Research, policy analysis and education to enhance online consumer privacy, including reviewing apps for privacy, improving privacy notices, creating email plug-ins to protect privacy, and amicus briefs. |
| 11 | YMCA of Greater Long Beach | $500,000 | Nationwide program to train low-income people in privacy on the internet, social networks, and cell phones, through existing conferences, websites and foundation partners. |
| 12 | Youth Radio | $50,000 | Support for low-income youth to produce and distribute privacy-related media including radio and blog posts. |
|   | **TOTAL:** | $6,065,000 |   |

Case No. 10-00672-JW – Exhibit A to CLASS COUNSEL'S SUBMISSION OF *CY PRES* ORGANIZATIONS AND DISTRIBUTION AMOUNTS FOR COURT APPROVAL