# EXHIBIT B

(i) NAME: **American Civil Liberties Union, Inc.**

(ii) ADDRESS: 125 Broad Street, 18th Floor, New York, NY 10004

(iii) DESCRIPTION OF PROGRAM:
National Internet privacy campaign to conduct impact litigation, lobbying for legislative and executive reform, and public education on government and commercial practices that threaten online privacy.

(iv) YEARS INTERNET PROGRAM HAS BEEN ESTABLISHED: 15

(v) HOW PROGRAM WILL BENEFIT CLASS:
The program will help limit the circumstances in which the government can access Gmail users' email and other content, make Gmail users more aware of threats to their privacy posed by surveillance activities, and educate Gmail users how best to protect their privacy online.

(vi) BUDGET INFORMATION:
    Overall annual budget: $112,906,000
    Internet privacy annual budget: $1,059,000

(vii) AMOUNT OF GOOGLE CONTRIBUTIONS IN 2010: $0

Case No. 10-00672-JW – Exhibit B to CLASS COUNSEL'S SUBMISSION OF *CY PRES* ORGANIZATIONS AND DISTRIBUTION AMOUNTS FOR COURT APPROVAL

1

(i) NAME: **Berkeley Center for Law & Technology**

(ii) ADDRESS: 376 Boalt Hall, Berkeley CA 94720

(iii) DESCRIPTION OF PROGRAM:
Law institute performing research, policy development, and hosting symposia and policy roundtables on Internet privacy issues including browser privacy, cloud computing, commercial collection of consumer data, and security breach law.

(iv) YEARS INTERNET PROGRAM HAS BEEN ESTABLISHED: 11

(v) HOW PROGRAM WILL BENEFIT CLASS:
The program will benefit the class by continuing to provide timely, relevant events focusing public attention upon privacy issues, including security breach law, cloud computing, and browser privacy mechanisms. The class will also benefit from expanded research projects on topics relating to Internet privacy.

(vi) BUDGET INFORMATION:
　　Overall annual budget: $800,000
　　Internet privacy annual budget: $200,000

(vii) AMOUNT OF GOOGLE CONTRIBUTIONS IN 2010: $0

Case No. 10-00672-JW – Exhibit B to CLASS COUNSEL'S SUBMISSION OF *CY PRES* ORGANIZATIONS AND DISTRIBUTION AMOUNTS FOR COURT APPROVAL

2

(i) NAME: **Berkeley Law School, Samuelson Law, Technology & Public Policy Clinic**

(ii) ADDRESS: Berkeley School of Law, 396 Simon Hall, Berkeley, CA 94720-7200

(iii) DESCRIPTION OF PROGRAM:
Law school clinic that provides training for law students, gives representation to clients, files amicus briefs, advises non-profits, and hosts conferences on internet privacy issues. The Samuelson Clinic's privacy agenda supports two main goals in addition to its educational goals for students: (1) supporting the privacy interests of consumers and private individuals, and (2) developing policies, practices, and technological designs that accommodate both privacy and innovation interests at the most efficient and privacy-protective stage of technological development -- the beginning -- through 'privacy by design.'

(iv) YEARS INTERNET PROGRAM HAS BEEN ESTABLISHED: 10

(v) HOW PROGRAM WILL BENEFIT CLASS:
The program will strengthen the public's voice in privacy and consumer protection policy debates, educate and sensitize a new generation of lawyers to the public's interest in privacy, and serve as a source of expertise and representation for non-profits and individuals on Internet and technology privacy issues.

(vi) BUDGET INFORMATION:
Overall annual budget: $750,000
Internet privacy annual budget: $425,000

(vii) AMOUNT OF GOOGLE CONTRIBUTIONS IN 2010: $0

Case No. 10-00672-JW – Exhibit B to CLASS COUNSEL'S SUBMISSION OF *CY PRES* ORGANIZATIONS AND DISTRIBUTION AMOUNTS FOR COURT APPROVAL

3

(i) NAME: **Berkman Center for Internet & Society, Harvard University**

(ii) ADDRESS: 23 Everett St., Cambridge, MA 02138

(iii) DESCRIPTION OF PROGRAM:
The Center conducts research on privacy-related social media practices, develops privacy-related curricula, creates educational tools for consumers, hosts symposia on privacy and internet-related topics, and runs a Youth and Media Lab that focuses on online activities. The legal clinic provides training to law students and representation to clients on data privacy and privacy and security laws.

(iv) YEARS INTERNET PROGRAM HAS BEEN ESTABLISHED: 13

(v) HOW PROGRAM WILL BENEFIT CLASS:
The program will benefit the class by providing research that will give insight into the risks users face online, help inform effective educational and legal policy choices to promote privacy online, develop curricula that will educate Internet users in dealing with privacy challenges, and train a new generation of subject matter experts in examining internet privacy.

(vi) BUDGET INFORMATION:
    Overall annual budget: $4,500,000
    Internet privacy annual budget: $750,000

(vii) AMOUNT OF GOOGLE CONTRIBUTIONS IN 2010: $255,000

Case No. 10-00672-JW – Exhibit B to CLASS COUNSEL'S SUBMISSION OF *CY PRES* ORGANIZATIONS AND DISTRIBUTION AMOUNTS FOR COURT APPROVAL

4

(i) NAME: **The Brookings Institution**

(ii) ADDRESS: 1775 Massachusetts Ave. NW, Washington, DC 20036

(iii) DESCRIPTION OF PROGRAM:
The Institution's Center for Technology Innovation will conduct research on privacy of online identity information, including the goals and effects of the White House draft National Strategy for Trusted Identities in Cyberspace (NSTIC). The output will include papers, policy proposals, and outreach to policymakers.

(iv) YEARS INTERNET PROGRAM HAS BEEN ESTABLISHED: 1

(v) HOW PROGRAM WILL BENEFIT CLASS:
The program will provide research on the collection of consumer identification online, a critical area that will increasingly affect consumer privacy for all internet users, including Gmail users. Brookings will also engage policy-makers on the topic of online consumer protection, in particular executive branch officials involved in drafting and implementing NSTIC.

(vi) BUDGET INFORMATION:
    Overall annual budget: $91,187,000
    Internet privacy annual budget: $1,400,000

(vii) AMOUNT OF GOOGLE CONTRIBUTIONS IN 2010: $150,000

Case No. 10-00672-JW – Exhibit B to CLASS COUNSEL'S SUBMISSION OF *CY PRES* ORGANIZATIONS AND DISTRIBUTION AMOUNTS FOR COURT APPROVAL

5

(i) NAME:  **Carnegie Mellon, CyLab Usability, Privacy & Security Lab**

(ii) ADDRESS:  5000 Forbes Ave, Pittsburgh PA 15213

(iii) DESCRIPTION OF PROGRAM:
The Cylab Usability, Privacy & Security Lab conducts research on privacy issues, including mental models to find best way to nudge consumers to protect their privacy, studies of how websites track consumers, and develops tools to help users make privacy decisions on social networks. The lab also provides college-level courses on privacy policy, privacy law, relevant technology and economics.

(iv) YEARS INTERNET PROGRAM HAS BEEN ESTABLISHED:  7

(v) HOW PROGRAM WILL BENEFIT CLASS:
The program will benefit the class through various avenues, including conducting and disseminating research to determine the most effective way to motivate consumers to protect own privacy, developing tools for consumers to make effective privacy choices online, studying website compliance with industry self-regulatory privacy guidelines, and creating an easy-to-understand grading system for privacy protections on popular websites.

(vi) BUDGET INFORMATION:
    Overall annual budget:  $686,453
    Internet privacy annual budget:  $288,021

(vii) AMOUNT OF GOOGLE CONTRIBUTIONS IN 2010:  $400,000

Case No. 10-00672-JW – Exhibit B to CLASS COUNSEL'S SUBMISSION OF *CY PRES* ORGANIZATIONS AND DISTRIBUTION AMOUNTS FOR COURT APPROVAL

6

(i) NAME: **Center for Democracy & Technology (CDT)**

(ii) ADDRESS: 1634 I Street NW, Suite 1100, Washington DC 20006

(iii) DESCRIPTION OF PROGRAM:
The Consumer Privacy Project at CDT has three objectives: developing and adopting federal privacy legislation; implementing a "Do Not Track" option for browsers; and promoting privacy on mobile devices through the development of guidelines for platform and application developers. Among other activities, the Project lobbies for privacy law reform, advocates for technology features to protect privacy, files complaints with Federal Trade Commission for privacy violations, brings media attention to privacy infringements, and creates online educational privacy resources for consumers.

(iv) YEARS INTERNET PROGRAM HAS BEEN ESTABLISHED: 16

(v) HOW PROGRAM WILL BENEFIT CLASS:
The Consumer Privacy Project addresses the sharing and identification of consumer data collected online in unexpected or undesired ways, which is the issue that gave rise to the Buzz class. The project engages in a wide variety of activity that will benefit the class, including lobbying for a comprehensive privacy law and establishment of an effective "Do Not Track" mechanism for browsers, developing mobile applications that will lead to stronger privacy controls on phones, and drafting and maintaining online privacy guides for users.

(vi) BUDGET INFORMATION:
Overall annual budget: $3,852,861
Internet privacy annual budget: $383,941

(vii) AMOUNT OF GOOGLE CONTRIBUTIONS IN 2010: $340,000

Case No. 10-00672-JW – Exhibit B to CLASS COUNSEL'S SUBMISSION OF *CY PRES* ORGANIZATIONS AND DISTRIBUTION AMOUNTS FOR COURT APPROVAL

7

(i) NAME: **Electronic Frontier Foundation**

(ii) ADDRESS: 454 Shotwell Street, San Francisco, CA 94038

(iii) DESCRIPTION OF PROGRAM:
The Electronic Frontier Foundation conducts impact litigation to protect the privacy of Internet users. In addition, the foundation conducts public education campaigns to help users understand privacy risks, and develops technological tools such as browser plug-ins that empower users to protect their privacy.

(iv) YEARS INTERNET PROGRAM HAS BEEN ESTABLISHED: 20

(v) HOW PROGRAM WILL BENEFIT CLASS:
The Foundation will benefit the class by continuing its existing advocacy and education projects regarding consumer privacy on the internet. These projects will include advocating against government expansion of wiretapping capabilities, lobbying for reform of Electronic Communications Privacy Act to limit government seizure of emails, and expanding the use of encryption to protect email and other content sent over the internet.

(vi) BUDGET INFORMATION:
Overall annual budget: §3,516,000
Internet privacy annual budget: $485,692
(*Cy pres* award to be used over two years)

(vii) AMOUNT OF GOOGLE CONTRIBUTIONS IN 2010: $25,359

(i) NAME: **Indiana University, Center for Applied Cybersecurity Research**

(ii) ADDRESS: 2719 E. 10th Street, Suite 201, Bloomington, IN 47408

(iii) DESCRIPTION OF PROGRAM:
The Center produces a multi-media program that produces radio segments, online videos, and website content focused on online privacy, including tutorials for consumers on privacy protection. The Center seeks to produce fifty-two new episodes per year, expand the educational information on their website, and achieve better production quality, distribution, and content for this program.

(iv) YEARS INTERNET PROGRAM HAS BEEN ESTABLISHED: 7

(v) HOW PROGRAM WILL BENEFIT CLASS:
The program will benefit the class by educating a broad base of internet users, including members of the class, on internet privacy issues and protecting their privacy online.

(vi) BUDGET INFORMATION:
Overall annual budget: $609,000
Internet privacy annual budget: $399,000

(vii) AMOUNT OF GOOGLE CONTRIBUTIONS IN 2010: $0

(i) NAME: **Stanford Center for Internet & Society**

(ii) ADDRESS: 559 Nathan Abbott Way, Stanford, CA 94305

(iii) DESCRIPTION OF PROGRAM:
The Consumer Privacy Project conducts policy analysis and education to enhance online consumer privacy, including reviewing apps for privacy, improving privacy notices, creating email plug-ins to protect privacy, and drafting amicus briefs.

(iv) YEARS INTERNET PROGRAM HAS BEEN ESTABLISHED: 3

(v) HOW PROGRAM WILL BENEFIT CLASS:
The Consumer Privacy Project will benefit Gmail users in a variety of ways, including research seeking to improve the quality of privacy notices for users and reviewing apps for privacy. The Project has developed a plug-in for Gmail that permits users to express privacy preferences more easily, and has filed an amicus brief advocating better email privacy protection under federal law. The Project will use funding to continue these and similar efforts.

(vi) BUDGET INFORMATION:
Overall annual budget: $778,700
Internet privacy annual budget: $250,000

(vii) AMOUNT OF GOOGLE CONTRIBUTIONS IN 2010: $400,000

Case No. 10-00672-JW – Exhibit B to CLASS COUNSEL'S SUBMISSION OF *CY PRES* ORGANIZATIONS AND DISTRIBUTION AMOUNTS FOR COURT APPROVAL

10

(i) NAME: **YMCA of Greater Long Beach**

(ii) ADDRESS: 525 East 7th Street, Long Beach, CA 90813

(iii) DESCRIPTION OF PROGRAM:
The YMCA offers training to parents, youths, non-profits, school districts, and community centers in issues of Internet privacy, social networks, and cell phone texting. The YMCA seeks to continue this program and expand it on a nationwide basis to reach 10,000 people. The program will make use of the YMCA's existing networks of conferences, foundation partners, and governmental institutions.

(iv) YEARS INTERNET PROGRAM HAS BEEN ESTABLISHED: 2

(v) HOW PROGRAM WILL BENEFIT CLASS:
The program will benefit the class by educating youths, parents, and institutions on privacy issues and how to protect their privacy on the internet.

(vi) BUDGET INFORMATION:
Overall annual budget: $14,623,488
Internet privacy annual budget: $342,000

(vii) AMOUNT OF GOOGLE CONTRIBUTIONS IN 2010: $0

Case No. 10-00672-JW – Exhibit B to CLASS COUNSEL'S SUBMISSION OF *CY PRES* ORGANIZATIONS AND DISTRIBUTION AMOUNTS FOR COURT APPROVAL

11

(i) NAME: **Youth Radio**

(ii) ADDRESS: 1701 Broadway, Oakland, CA 94612

(iii) DESCRIPTION OF PROGRAM:
Multi-city program to train and support low-income youth in producing and distributing media programs related to internet privacy, including radio broadcasts and blog posts.

(iv) YEARS INTERNET PROGRAM HAS BEEN ESTABLISHED: 1

(v) HOW PROGRAM WILL BENEFIT CLASS:
The program will benefit the class by creating accessible media that educates Internet users regarding privacy issues and privacy protection.

(vi) BUDGET INFORMATION:
Overall annual budget: $3,754,689
Internet privacy annual budget: $51,450

(vii) AMOUNT OF GOOGLE CONTRIBUTIONS IN 2010: $0