**Appendix 1 –**

| | Organization | Funds | Project |
|---|---|---|---|
| 1 | Electronic Privacy Information Center | $1,750,000 | Nine projects that would directly benefit the Class through established Internet privacy education and policy programs, including ongoing support for epic.org and privacy.org. |
| 2 | Consumer Action | $1,250,000 | Funding to support a three-year Internet privacy project including consumer education publications, training of CBO staff, website enhancements, a mini-grants program, and increased policy work |
| 3 | U.S.PIRG | $1,000,000 | Funding for a two-year grant to educate consumers about safeguarding their personal information on the Internet and to conduct research into rapidly evolving Internet privacy issues. |
| 4 | Patient Privacy Rights | $643,000 | Funding for a "Summit on the Future of Health Privacy," updating existing Internet education programs, and expansion of Privacy Policy programs. |
| 5 | Center for Digital Democracy | $450,000 | Funding for three projects: "Protecting Consumer Privacy in Sensitive Financial Transactions Online," "Protecting Consumer Privacy in the Online Pharmaceutical Marketplace," and "Protecting the Privacy of the Internet's Most Vulnerable Users." |
| 6 | World Privacy Forum | $450,000 | Funding for Consumer Internet Privacy Project - gives education assistance by offering phone, email, and web assistance to the Class, conducting policy work that will help improve privacy choices for the Class, and supporting research and consumer guides specifically to educate and assist the Class with resolving Internet privacy issues and challenges. |
| 7 | Privacy Rights Clearinghouse | $265,000 | Funding for continued support for online privacy programs, covering such topics as social networking, security breaches, employee monitoring, anti-spam resources, children's online safety, children's online privacy, online shopping, online job scams, smartphones, and online privacy for non-profits. |
| 8 | Privacy Activism | $153,000 | Funding for development of mobile applications, including "Privacy Tips" and the "Privacy App." |
| | Total | $6,114,000 | |