**Appendix 2 –**

(i)  NAME: Electronic Privacy Information Center

(ii) ADDRESS: 1718 Connecticut Ave. NW, Washington, DC 20009

(iii) DESCRIPTION OF PROGRAM: Nine projects that would directly benefit the Class through established Internet privacy education and policy programs, including ongoing support for epic.org and privacy.org.

(iv) YEARS INTERNET PROGRAM HAS BEEN ESTABLISHED: 17

(v) HOW PROGRAM WILL BENEFIT CLASS: EPIC seeks general funding to continue and expand several EPIC Projects and EPIC Programs that protect the privacy of Internet users. Funding from the Google Buzz *cy pres* Fund to EPIC would directly support privacy policy and privacy education that would advance the interests of Internet users and protect the interests of the class. EPIC's activities and mission are directly aligned with the interests of the class. EPIC was established in 1994 specifically to focus public attention on "emerging privacy and civil liberties issues." EPIC's core mission is to promote education and pursue policies that safeguard privacy. EPIC has pursued this mission for 17 years. In fact, the issues on which this settlement is based flow directly from EPIC's February 2010 filing before the Federal Trade Commission on behalf of Internet users regarding Google Buzz. It was EPIC that identified the risks to Internet users and urged the Commission to act to safeguard Internet privacy.

(vi) BUDGET INFORMATION:
   Annual Budget: $1,063,688
   Internet Privacy Budget: $1,015,950

(vii)    AMOUNT OF GOOGLE CONTRIBUTIONS IN 2010: $0

(i)  NAME: Center for Digital Democracy

(ii) ADDRESS: 1220 L St. NW #300 Washington DC 20005-4053

(iii) DESCRIPTION OF PROGRAM: Funding to support a three-year Internet privacy project including: consumer education publications, training of CBO staff, website enhancements, a mini-grants program, and increased policy work.

(iv) YEARS INTERNET PROGRAM HAS BEEN ESTABLISHED: 10

(v) HOW PROGRAM WILL BENEFIT CLASS: Social media data collection involves an array of complex and largely stealth techniques that can track a consumer's behaviors, including their online interactions with others and geographic location, often without the individual's knowledge. This lack of transparency raises particular concerns when it involves financial, health, and other sensitive kinds of information, and when data are collected from children and adolescents. CDD's project will develop a series of online consumer education resources focused on social media privacy in three key areas: Internet and mobile phone-based consumer financial services; 2) health and pharmaceutical marketing; and 3) the special needs of children and adolescents.

(vi) BUDGET INFORMATION:
   Annual Budget: $306,500
   Internet Privacy Budget: $176,076

(vii)   AMOUNT OF GOOGLE CONTRIBUTIONS IN 2010: $0

(i) NAME: Consumer Action

(ii) ADDRESS: 221 Main St., Suite 480, San Francisco, CA 94105

(iii) DESCRIPTION OF PROGRAM: Funding to support a three-year Internet privacy project including: consumer education publications, training of CBO staff, website enhancements, a mini-grants program, and increased policy work.

(iv) YEARS INTERNET PROGRAM HAS BEEN ESTABLISHED: 9

(v) HOW PROGRAM WILL BENEFIT CLASS: Consumer Action will use the Google Buzz settlement grant to continue our past educational work on Internet privacy, as well as to create new and innovative programs. The plaintiff class will benefit from receiving updated, easy-to-read education materials, available both online and offline and translated into key languages, on the latest issues in Internet privacy, such as using social networking wisely, privacy while using mobile devices and protecting sensitive information in the cloud.

(vi) BUDGET INFORMATION:
Annual Budget: $3.2 Million
Internet Privacy Budget: $310,000

(vii) AMOUNT OF GOOGLE CONTRIBUTIONS IN 2010: $10,000/monthly in-kind Google AdWords Grant

(i) NAME: Privacy Activism

(ii) ADDRESS: 4026 18th St., San Francisco, CA 94114

(iii) DESCRIPTION OF PROGRAM: Funding for development of mobile applications, including "Privacy Tips" and the "Privacy App."

(iv) YEARS INTERNET PROGRAM HAS BEEN ESTABLISHED: 10

(v) HOW PROGRAM WILL BENEFIT CLASS: Privacy Tips + Privacy App. A year of weekly privacy tips, available via mobile phones and the web. Each tip includes a humorous cartoon highlighting a privacy issue, a discussion with information to help people understand and resolve the issue, and resources for learning more about the subject. Android and iPhone apps will let users discuss the tips as well as share tips among themselves. We'll host the tips on Privacy Activism's webpage, and at the end of the year will compile them into a free downloadable e-book.

(vi) BUDGET INFORMATION:
   Annual Budget: $223,000
   Internet Privacy Budget: $70,400

(vii) AMOUNT OF GOOGLE CONTRIBUTIONS IN 2010: $0

(i)  NAME: Patient Privacy Rights

(ii) ADDRESS: P.O. Box 248, Austin, TX 78767

(iii) DESCRIPTION OF PROGRAM:  Funding for a "Summit on the Future of Health Privacy," updating of existing Internet education programs, and expansion of Privacy Policy programs.

(iv) YEARS INTERNET PROGRAM HAS BEEN ESTABLISHED: 6

(v) HOW PROGRAM WILL BENEFIT CLASS: The Class, like the general public, commonly uses online tools and websites to seek information and communicate about their health. Individuals often use social media platforms to manage and collect information about their personal health, but they may not fully realize that there are potential harmful results, such as job less and credit discrimination, that can result from the absence of certain internet privacy protections. PPR creates a counterpoint to corporations that seek to persuade everyone to share more personal information online without effective and necessary privacy protections. Without the safeguards and check points PPR recommends for health information, its easy to see that the health privacy can be easily violated. Our goal is to help the public understand the limitations of current technology and privacy laws and help restore the protections users expect in their online communities.

(vi) BUDGET INFORMATION:
   Annual Budget: $417,000
   Internet Privacy Budget: $115,819

(vii)   AMOUNT OF GOOGLE CONTRIBUTIONS IN 2010: $0

(i) NAME: Privacy Rights Clearinghouse

(ii) ADDRESS: 3100 5th Ave. Suite B, San Diego, CA 92103

(iii) DESCRIPTION OF PROGRAM: Funding for continued support for online privacy programs, covering such topics as social networking, security breaches, employee monitoring, anti-spam resources, children's online safety, children's online privacy, online shopping, online job scams, smartphones, and online privacy for non-profits.

(iv) YEARS INTERNET PROGRAM HAS BEEN ESTABLISHED: 16

(v) HOW PROGRAM WILL BENEFIT CLASS: A significant amount of Internet-related educational resources are text-based, including our own. We propose to develop a fun and engaging interactive learning experience for consumers on online privacy risks and practical privacy protection tips using graphic presentations, including videos, photos, diagrams, and screen shots. The online learning experience (a complete microsite) will be visually interesting, include interactive quizzes, and offer ways to share the content via social networking channels such as Facebook and Twitter. The site will offer up to 50 pages of educational content covering about twenty different online privacy topics, including browser settings, cloud computing, social networks and cookies.

(vi) BUDGET INFORMATION:
   Annual Budget: $376,387
   Internet Privacy Budget: $188,383

(vii) AMOUNT OF GOOGLE CONTRIBUTIONS IN 2010: $0

(i)  NAME: World Privacy Forum

(ii) ADDRESS: 2033 San Elijo Ave. #402, Cardiff by the Sea, CA 92007

(iii) DESCRIPTION OF PROGRAM: Funding for Consumer Internet Privacy Project - gives education and assistance by offering phone, email, and web assistance to the Class, conducting policy work that will help improve privacy choices for the Class, and supporting research and consumeer guides specifically to educate and assist the Class with resolving Internet privacy issues and challenges.

(iv) YEARS INTERNET PROGRAM HAS BEEN ESTABLISHED: 9

(v) HOW PROGRAM WILL BENEFIT CLASS: The settlement will support the Class directly thorugh our core operational program of Consumer Internet Privacy education and assistance by offering phone, email, and web assistance to the Class, conducting policy work that will help improve privacy choices for the Class, and supporting research that allows us to write consumer guides specifically to educate and assist the Class with resolving specific Internet privacy issues and challenges.

(vi) BUDGET INFORMATION:
  Annual Budget: $90,000
  Internet Privacy Budget: $50,000

(vii)   AMOUNT OF GOOGLE CONTRIBUTIONS IN 2010: $0