**Appendix 7 – Privacy Activism's Application for *cy pres* Funds in *In Re: Google Buzz Privacy Litigation* (submitted to the Rose Foundation Mar. 14, 2011)**

**Application Coversheet**

1. Name of Applicant Organization and EIN Number  PrivacyActivism  EIN #03-0437980

    Type of organization:  x 501c(3)      o Other - *Please describe:*
    _____

2. Contact Information:

    Contact Person, Title  Deborah Pierce, Executive Director

    Address            4026 18th Street
                       San Francisco, CA 94114

    Telephone          425-736-7319

    Email              dsp@privacyactivism.org

3. Financial Information:

    (a) your organization's overall annual 2011 operating budget:  projected budget $223,000, including our request from this cy pres fund.

    (b) total amount of money spent on Internet privacy or Internet education programs in 2010:
    $70,400

    (c) total amount of funding your organization received, if any, in contributions from Google,
    Inc. or the Google Foundation in 2010: No contributions from Google or the Google    Foundation in 2010, or any previous year.

    (d) amount of funding you are requesting from this Settlement fund: $153,000

4. **Describe your organization's Internet privacy education programs:** Since incorporating in 2001, Privacy Activism has focused primarily on online consumer privacy issues, raising public understanding of complex questions about privacy, and helping people make informed choices. We use visual rather than verbal means of communication as much as possible. Our latest project is a graphic novel "Networked: Carabella on the Run." A science fiction story line appeals to students from middle school to college age, encouraging them to consider privacy risks of social networks, cell phones and other networked programs and devices. A teacher's guide offers additional resources and tips. "Networked" debuted at ComiCon 2010 to very positive reviews. We donate the book and teacher's guide free to Bay Area public schools and libraries.

5. **Describe the particular program that funding from this Settlement would support**: Privacy Tips + Privacy App. A year of weekly privacy tips, available via mobile phones and the web.  Each tip includes a humorous cartoon highlighting a privacy issue, a discussion with information to help people understand and resolve the issue, and resources for learning more about the subject. Android and iPhone apps will let users discuss the tips as well as share tips among themselves. We'll host the tips on Privacy Activism's webpage, and at the end of the year will compile them into a free downloadable e-book.

**Privacy Tips and Privacy App - Longer Description**

**Privacy Tips**

"Privacy tips" are practical resources for non-technical people that will help them resolve specific privacy problems, using humor and accessible language to convey the information.

Today, web sites that offer information about privacy often describe the issue in dense legalese or highly technical language, or offer a litany of horror stories without telling people what they can do.  Our approach, by contrast, focuses on solutions and resources, and shares information with people in a way that's entertaining to read and easy to understand.

Each weekly privacy tip will begin with a cartoon highlighting a current or persistent privacy issue.  Accompanying text will discuss the issue, offer suggestions for resolving it, and include resource links to more information on the topic. As well as providing mobile access through the app, we'll use Twitter and other social networks to draw traffic to the regular postings on the Privacy Activism web site. At the end of the year, we'll compile all 52 tips into a free, downloadable e-book for readers to have as a reference.

**Privacy App**

To accompany the tips and make the project interactive, we will provide free applications for Android and iPhone/iPad allowing people to share and discuss our privacy tips and exchange their own ideas and experiences.

The apps are based on Kismet World Wide (KWW) Consulting's crowd-sourcing information exchange platform, originally developed for their free environmental idea sharing iPhone app WasteNot. KWW is donating a perpetual license to use and extend the platform, and will develop custom privacy tip sharing apps on Android and iOS under PrivacyActivism's direction as part of this project.

These screenshots from the current "environmental" version of WasteNot show some of the functionality we'll adapt.  Users can browse "seeds" — ideas for reducing one's impact on the environment—share information about suggestions they've tried, and see "heat maps" of who else found the seed useful. The video at http://www.kismetworldwide.com/WasteNot/ has more information.

For the privacy-focused app, "seeds" will come "tips" and other terminology and instructions will be adapted to the model of helping users find practical and effective ways to protect their privacy.




The current codebase allows for worldwide distribution and discussion of tips.  Users can use the app for free and sort through tips, favorite the ones they like, and indicate how often they perform the tip in their daily lives.  All information is collected through a privacy-respectful, opt-in only process, governed by a strong privacy policy.  The platform then displays "heat maps" of all the people worldwide who choose to perform each of the tips.  Finally, it totals the collective actions worldwide, and lets users see their cumulative global impact.

**The Team**

Deborah Pierce and Linda Ackerman founded PrivacyActivism a decade ago and have led multiple privacy projects including Flash games, a graphic novel, and a teachers' guide. Sonya Hipper designed the PrivacyActivism web site and Twitter page (@privacyactivism), and has

worked in the web design field for ten years.  Kismet World Wide Consulting is a globally distributed team providing products and services that make the world a better place for everyone; Waste Not was their second mobile app.  Once project funding is in place, we will add a cartoonist and an intern to assist with research and writing.

**Project budget**

*Project donations to date*

| | |
|---|---|
| WasteNot codebase Gift-in-Kind donation: | $70,000.00 |

*Proposal Budget*

| | |
|---|---|
| Web page design for privacy tips: | $ 2,000.00 |
| Web page design and integration of the app: | $ 8,000.00 |
| Privacy Tips content (research and writing): | $20,000.00 |
| Cartoon strip: | $20,000.00 |
| e-book production: | $ 3,000.00 |
| Icon design (for the app, twitter, etc.): | $10,000.00 |
| Database costs: | $ 7,000.00 |
| Codebase modification for iPhone/iPad: | $ 8,000.00 |
| Android application development: | $30,000.00 |
| Marketing, social media and promotion: | $ 5,000.00 |
| Project management: | $30,000.00 |
| Internationalization of app and tips page: | $10,000.00 |
| *Total Proposal Request*: | *$153,000.00* |

**About PrivacyActivism**

PrivacyActivism is a non-profit organization whose goal is to enable people to make well-informed decisions about the importance of privacy on both a personal and societal level.

When people understand the real-world implications of privacy losses or invasions, there is plenty of evidence that they care passionately about the issues. The problem is that privacy is too often discussed in technical and legal jargon which makes the issues seem abstract.

We make the discussion more concrete and relevant by helping people understand the ramifications of the choices that they make in everyday life. We take novel approaches such as using graphics, videos, games, and stories to communicate the issues. To accomplish this, our staff and volunteers include not only the usual suspects (lawyers, technologists) but also graphic designers, artists, and writers.