– 1 –

Gary E. Mason (*pro hac vice*)
gmason@masonlawdc.com
Donna F. Solen (*pro hac vice*)
dscolen@masonlawdc.com
MASON LLP
1625 Massachusetts Ave., NW
Washington, DC 20036
Telephone:  (202) 429-2290
Facsimile:  (202) 429-2294

Michael F. Ram (SBN 104805)
mram@ramoson.com
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

William B. Rubenstein (SBN 235312)
rubenstein@law.harvard.edu
1545 Massachusetts Avenue
Cambridge, Massachusetts 02138
Telephone:  (617) 496-7320
Facsimile:  (617) 496-4865

[Additional counsel on signature page]

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE BUZZ USER PRIVACY LITIGATION<br><br>This Pleading Relates To:<br><br>ALL CASES | Case No. 5:10-CV-00672-JW<br><br>**CLASS COUNSEL'S FINAL APPLICATION FOR REIMBURSEMENT OF EXPENSES**<br><br>JUDGE:       Hon. James Ware<br>MEDIATOR:  Hon. Fern Smith (Ret.)<br><br>**Original Complaint Filed: 02/17/10** |

Class Counsel hereby file this Supplemental Application for Reimbursement of Expenses. In support thereof, Class Counsel have contemporaneously filed the Declaration of Gary E. Mason in Support of Final Application for Reimbursement of Expenses ("Mason Decl.") and state as follows:

      1.      Since this litigation began in February 2010 through December 20, 2011, Class

1  Counsel incurred out-of-pocket expenses of $29,286.85.  Mason Decl., ¶ 8.

2      2.    Since December 20, 2011, Class Counsel have incurred out-of pocket expenses of

3  $14,946.93.  Mason Decl., ¶ 5.

4      3.    In addition, Class Counsel have received an invoice for $62,777.44 from The Garden

5  City Group, the Claims Administrator. Mason Decl., ¶ 7.  Pursuant to the Settlement Agreement,

6  payments to the Claims Administrator are to come from the Settlement Fund.

7      4.    Class Counsel else entered into an agreement with The Rose Foundation whereby it

8  provided administrative services with respect to the cy pres nomination process for the set amount of

9  $60,000.00.  Mason Decl., ¶ 6.  Class Counsel have paid The Rose Foundation $10,000.00 as a

10 retainer. Class Counsel seek payment of the outstanding balance of $50,000.00 from the Settlement

11 Fund.

12     WHEREFORE, Class Counsel respectfully request that the Court enter an order permitting

13 payment from the fund of $14,946.93 to Class Counsel, $62,777.44 to The Garden City Group and

14 $50,000 to the Rose Foundation. A proposed Order is attached hereto.

15     Respectfully submitted,

17 DATED:   June 10, 2011    By:    /s/ Gary E. Mason

18     Gary E. Mason, Esq. (admitted *pro hac vice*)
    MASON LLP
19     1625 Massachusetts Ave., N.W., Suite 605
    Washington, D.C. 20036
20     Tel. (202) 429-2290
    Fax. (202) 429-2294

22 Michael F. Ram (SBN 104805)
RAM & OLSON LLP
23 555 Montgomery Street, Suite 820
San Francisco, California 94111
24 Phone: (415) 433-4949
Fax: (415) 433-7311

25 William B. Rubenstein (SBN 235312)
26 1545 Massachusetts Avenue
Cambridge, Massachusetts 02138
27 Phone: (617) 496-7320
Fax: (617) 496-4865

28 / / /

– 3 –

| | |
|---|---|
| 1 | Peter N. Wasylyk (pro hac vice) |
|   | LAW OFFICES OF PETER N. WASYLK |
| 2 | 1307 Chalkstone Avenue |
|   | Providence, Rhode Island 02908 |
| 3 | Phone: (401) 831-7730 |
| 4 | Andrew S. Kierstead (SBN 132105) |
|   | LAW OFFICE OF ANDREW KIERSTEAD |
| 5 | 1001 SW 5th Avenue, Suite 1100 |
|   | Portland, Oregon 97204 |
| 6 | Phone: (508) 224-6246 |
| 7 | Peter W. Thomas |
|   | THOMAS GENSHAFT, P.C. |
| 8 | 0039 Boomerand Rd, Ste 8130 |
|   | Aspen, Colorado 81611 |
| 9 | Phone: (970) 544-5900 |
| 10 | Michael D. Braun (SBN 167416) |
|    | Braun Law Group, P.C. |
| 11 | 12304 Santa Monica Blvd., Suite 109 |
|    | Los Angeles, CA 90025 |
| 12 | Phone: (310) 836-6000 |
| 13 | Donald Amamgbo |
|    | AAMAMGBO & ASSOCIATES |
| 14 | 7901 Oakport St., Ste 4900 |
|    | Oakland, California 94261 |
| 15 | |
|    | Reginald Terrell, Esq. |
| 16 | THE TERRELL LAW GROUP |
|    | P.O. Box 13315, PMB # 149 |
| 17 | Oakland, California 94661 |
| 18 | Jonathan Shub (SBN 237708) |
|    | SHUB LAW LLC |
| 19 | 1818 Market Street, 13th Floor |
|    | Philadelphia, Pennsylvania 19102 |
| 20 | Phone: (610) 453-6551 |
| 21 | Christopher A. Seeger |
|    | SEEGER WEISS LLP |
| 22 | One William Street |
|    | New York, New York |
| 23 | Phone: (212) 584-0700 |
| 24 | Lawrence Feldman |
|    | LAWRENCE E. FELDMAN & ASSOC. |
| 25 | 423 Tulpehocken Avenue |
|    | Elkins Park, Pennsylvania 19027 |
| 26 | Phone: (215) 885-3302 |
| 27 | / / / |
| 28 | |

– 4 –

1  Eric Freed (SBN 162546)
   FREED & WEISS LLC
2  111 West Washington Street, Ste 1311
   Chicago, IL 60602
3  Phone: (312) 220-0000

4  Howard G. Silverman
   KANE & SILVERMAN, P.C.
5  2401 Pennsylvania Ave, Ste 1C-44
   Philadelphia, PA 19130
6  Phone: (215) 232-1000

7  *Attorneys for Plaintiffs and the Proposed Class*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28