Name: Martin Murphy
Address: 235 Montgomery St, Ste. 854
City, State, Zip: San Francisco, California 94104
Phone: (415) 400-7000
Fax: (415) 400-7055
E-Mail: martin@lmslaw.com

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Google User Privacy Litigation<br><br>PLAINTIFF(S),<br>v.<br>This Pleading Relates To All Cases<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>10-CV-00672-JW<br><br>NOTICE OF APPEAL |

NOTICE IS HEREBY GIVEN that **Kervin Walsh** hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
  Granting Final Approval & Amended Order

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on **May 31 and June 2, 2011**. Entered on the docket in this action on **May 31 and June 2, 2011**.

A copy of said judgment or order is attached hereto.

June 16, 2011
Date

Signature
☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).