1  Gary E. Mason (pro hac vice)
   gmason@masonlawdc.com
2  Donna F. Solen (pro hac vice)
   dsolen@masonlawdc.com
3  MASON LLP
   1625 Massachusetts Ave., NW
4  Washington, DC  20036
   Telephone:  (202) 429-2290
5  Facsimile:  (202) 429-2294

6  Michael F. Ram (SBN 104805)
   mram@ramolson.com
7  RAM & OLSON LLP
   555 Montgomery Street, Suite 820
8  San Francisco, California  94111
   Telephone:  (415) 433-4949
9  Facsimile:  (415) 433-7311

10 *Attorneys for Plaintiffs and the Proposed Class*

**IT IS SO ORDERED**
*Judge James Ware*

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE BUZZ USER PRIVACY LITIGATION<br><br>This Document Relates To:<br>ALL CASES | No.: 10-00672 JW<br><br>[PROPOSED] ORDER GRANTING FINAL APPLICATION FOR REIMBURSEMENT OF EXPENSES<br><br>JUDGE:       Hon. James Ware<br>MEDIATOR: Hon. Fern Smith (Ret.)<br><br>**Original Complaint Filed: 02/17/10** |

Having considered Class Counsel's Final Application for Reimbursement of Expenses, the Court herby ORDERS that the Claims Administrator shall make payment from the Settlement Fund as follows:

1. Payment of $44,233.78 to Class Counsel;

2. Payment of $62,777.44 to The Garden City Group; and

3. Payment of $50,000.00 to The Rose Foundation.

– 1 –

– 2 –

1  IT IS SO ORDERED.

3  DATED:  June 17, 2011

_____
The Honorable James Ware
United States District Judge