UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

June 17, 2011

**CASE INFORMATION:**
Short Case Title: In re Google Buzz Privacy Litigation
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: Northern District CA, Civil Division, Judge Ware
Criminal and/or Civil Case No.: CV 10-00672 JW
Date Complaint/Indictment/Petition Filed: 2/17/10
Date Appealed order/judgment *entered* 5/31/11
Date NOA *filed* 6/16/11
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):   ☐ granted in full (attach order)    ☐ denied in full (send record)
                          ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: Lee-Anne Shortridge 408-287-4580

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                         Date Docket Fee Billed: 6/17/11
Date FP granted:                              Date FP denied:
Is FP pending? ☐ yes  ☐ no                                Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                            Appellee Counsel:

SEE DOCKET SHEET

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                  Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
→ Date Fees Paid: 6-22-11      9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Felicia Reloba
415-522-2000