Martin Murphy
LIUZZI, MURPHY & SOLOMON, LLP
(SBN 164669)
235 Montgomery St., Ste. 854
San Francisco, CA, 94104
T: (415) 400-7000
F: (415) 400-7055
martin@lmslaw.com

ATTORNEYS FOR OBJECTOR

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE USER PRIVACY LITIGATION | Case No. 10-CV-00672-JW |
| This Pleading Relates To: ALL CASES | REPRESENTATION STATEMENT [F.R.A.P. 12(b); Circuit Rule 3-2(b)] |

The undersigned represents Objector/Appellant Kervin Walsh, in this matter, and no other party. The following list shows all counsel for the respective parties to the action below, identified by name, firm, address, and telephone number, where appropriate. (F.R.A.P. 12(b); Circuit Rule 3-2(b).)

**COUNSEL FOR PLAINTIFFS:**
**EVA HIBNICK, ANDRANIK SOUVALIAN, KATHERINE C. WAGNER, LARUEN MAYTIN, MARK NEYER, JOHN CASE, ROCHELLE WILLIAMS, AND BARRY FELDMAN**
Gary E. Mason
Donna F. Solen
Mason LLP
1625 Massachusetts Avenue, N.W., Ste. 605
Washington, D.C. 20036
T: 202-429-2290
F: 202-429-2294
gmason@masonlawdc.com
dsolen@masonlawdc.com

Michael Francis Ram
Ram & Olson, LLP
555 Montgomery Street, Ste. 820

| | |
|---|---|
| 1 | San Francisco, California 94111 |
| 2 | T: 415-433-4949<br>F: 415-433-7311 |
| 3 | mram@ramolson.com |
| 4 | Jonathan Shub |
| | Seeger Weiss LLP |
| 5 | 1515 Market Street, Ste. 1380<br>Philadelphia, PA 19102 |
| 6 | T: 215-564-2300 |
| 7 | F: 215-851-8029<br>jshub@seegerweiss.com |
| 8 | |
| 9 | Peter W. Thomas<br>Thomas Genshaft P.C. |
| 10 | 39 Boomerang Road, Ste. 8130<br>Aspen, Colorado 81611 |
| 11 | T: 970-544-5900<br>peter@thomasgenshaft.com |
| 12 | |
| 13 | **ATTORNEY FOR PLAINTIFF**<br>**ANDRANIK SOUVALIAN** |
| 14 | Michael D. Braun<br>Braun Law Group, P.C. |
| 15 | 10680 West Pico Blvd., Ste. 280<br>Los Angeles, CA 90064 |
| 16 | T: 310-836-6000 |
| 17 | F: 310-836-6010<br>service@braunlawgroup.com |
| 18 | |
| 19 | **ATTORNEY FOR ROCHELLE WILLIAMS**<br>Reginald Von Terrell |
| 20 | The Terrell Law Group<br>P.O. Box 13315, PMB #148 |
| 21 | Oakland, CA 94661<br>T: 510-237-9700 |
| 22 | F: 510-237-4616<br>reggiet2@aol.com |
| 23 | |
| 24 | **ATTORNEYS FOR DEFENDANT GOOGLE, INC.**<br>David Burman |
| 25 | Susan D. Fahringer<br>Albert Gidari, Jr. |
| 26 | Perkins Coie LLP<br>1201 Third Avenue, Ste. 4800 |
| 27 | Seattle, WA 98101<br>T: 206-583-8888 |
| 28 | F: 206-583-8500 |

dburman@perkinscoie.com
sfahringer@perkinscoie.com
AGidari@perkinscoie.com

Philip A. Leider
Perkins Coie LLP
4 Embarcadero Center, Ste. 2400
San Francisco, CA 94111
T: 415-344-7000
F: 415-344-7050
pleider@chapop.com


Dated: June 27, 2011

                                          Respectfully submitted,
By:      /s/ Martin Murphy
Martin Murphy
LIUZZI, MURPHY & SOLOMON, LLP
(SBN 164669)
235 Montgomery St., Ste. 854
San Francisco, CA, 94104
T: (415) 400-7000
F: (415) 400-7055
martin@lmslaw.com

COUNSEL FOR OBJECTOR

**CERTIFICATE/PROOF OF SERVICE**

On this the 27th day of June 2011, a true and correct copy of the above and foregoing instrument was duly served upon all counsel of record and via e-mail according to efiling:

1
2  Gary E. Mason
   Mason LLP
3  1625 Massachusetts Ave., NW
   Ste. 605
4  Washington, DC 20036
   gmason@masonlawdc.com
5  *Attorneys for Plaintiffs*

6  David J. Burman
   Perkins Coie, LLP
7  1201 Third Avenue, Ste. 4800
   Seattle, Washington 98101-3099
8  dburman@perkinscoie.com
9  *Attorneys for Defendant*

                                    /s/ Martin Murphy
10                                  Martin Murphy

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28