Darrell Palmer (SBN 125147)
Janine R. Menhennet (SBN 163501)
Law Offices of Darrell Palmer
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655
Email: darrell.palmer@palmerlegalteam.com

Attorney for Objector Steven Cope

FILED
2011 JUN 30 A 11:11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CAL. S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE BUZZ PRIVACY LITIGATION | Case No. 10-cv-00672-JW<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Steven Cope, Objector, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Final Approval of Class Action Settlement; Approval of *Cy Pres* Awards; And Awarding Attorney Fees [Doc 128] entered in this action on May 31, 2011; Amended Order Granting Final Approval of Class Action Settlement; Approval of *Cy Pres* Awards; And Awarding Attorney Fees [Doc 129] entered in this action on June 2, 2011; and Order Granting Final Application for Reimbursement of Expenses [Doc 136] entered in this action on June 17, 2011.

Dated: June 28, 2011         By: _____
                                 Darrell Palmer
                                 Attorney for Objector, Steven Cope

1

**In re Google Buzz Privacy Litigation**
Case No. 5:10-cv-00672-JW

**DECLARATION OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I, Maria V. Carapia, declare as follows:

I am employed with the Law Offices of Darrell Palmer whose address is 603 N. Hwy 101, Suite A, Solana Beach, California 92075. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen (18) and I am not a party to this action.

On June 29, 2011, I caused to be served the following:

**Notice of Appeal**

on the interested parties:

SEE ATTACHED SERVICE LIST

___ by placing a copy in an envelope addressed to the addressee as indicated above and personally serving on this day.

___ by sending a copy via overnight mail. Airbill No. _____.

___ by sending a true and correct copy via electronic mail transmission to the email addresses as indicated on the attached service list. My email address is maria.carapia@palmerlegalteam.com

_X_ by placing a copy in an envelope, with postage fully prepaid, for the addressees named on the attached service list for collection and mailing on the above indicated day following the ordinary business mailing practices of our offices

___ by sending a copy via facsimile transmission to the facsimile number listed for the addressees listed. The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by machine.

I declare under penalty of perjury under the laws of the State of California United States of America that the foregoing is true and correct. Executed on June 29, 2011, at Solana Beach, California.

_____
Maria V. Carapia

DECLARATION OF SERVICE

| | | | |
|---|---|---|---|
| 1 | | Service List | |
| 2 | **Plaintiff** | represented by | Gary E. Mason |
| | | | Donna F Solen |
| 3 | Eva Hibnick | | Mason LLP |
| | Katherine C Wagner | | 1625 Massachusetts Avenue, N.W., Suite 605 |
| 4 | Lauren Maytin | | Washington, DC 20036 |
| | Mark Neyer | | Phone: 202-429-2290 / Fax: 202-429-2294 |
| 5 | John Case | | Email: gmason@masonlawdc.com |
| 6 | | | Email: dsolen@masonlawdc.com |
| 7 | | | **Michael Francis Ram** |
| | | | Ram & Olson LLP |
| 8 | | | 555 Montgomery Street, Suite 820 |
| | | | San Francisco, CA 94111 |
| 9 | | | Phone: 415-433-4949 / Fax: 415-433-7311 |
| 10 | | | Email: mram@ramolson.com |
| 11 | | | **Jonathan Shub** |
| 12 | | | Seeger Weiss LLP |
| | | | 1515 Market Street, Suite 1380 |
| 13 | | | Philadelphia, PA 19102 |
| | | | Phone: 215-564-2300 / Fax: 215-851-8029 |
| 14 | | | Email: jshub@seegerweiss.com |
| 15 | | | **Peter W. Thomas** |
| 16 | | | Thomas Genshaft P.C. |
| | | | 39 Boomerang Road, Suite 8130 |
| 17 | | | Aspen, CO 81611 |
| | | | Phone: 970-544-5900 / Fax: 970-544-4849 |
| 18 | | | Email: peter@thomasgenshaft.com |
| 19 | | | |
| 20 | **Plaintiff** | represented by | **Michael D. Braun** |
| | | | Braun Law Group, P.C. |
| 21 | Andranik Souvalian | | 10680 West Pico Boulevard, Suite 280 |
| | | | Los Angeles, CA 90064 |
| 22 | | | Phone: 310-836-6000 / Fax: 310-836-6010 |
| | | | Email: service@braunlawgroup.com |
| 23 | | | |
| 24 | | | Peter W. Thomas (See above for address) |
| | | | Gary E. Mason (See above for address) |
| 25 | | | Jonathan Shub (See above for address) |
| 26 | | | Michael Francis Ram (See above for address) |
| 27 | | | |
| 28 | | | |

| | | | |
|---|---|---|---|
| 1 | **Consol Plaintiff** | | |
| 2 | **Rochelle Williams** | represented by | **Gary E. Mason** (See above for address) |
| | | | **Michael Francis Ram** (See above for address) |
| 3 | | | |
| 4 | | | **Reginald Von Terrell** |
| | | | The Terrell Law Group |
| 5 | | | Post Office Box 13315, PMB #148 |
| | | | Oakland, CA 94661 |
| 6 | | | Phone: 510-237-9700 / Fax: 510-237-4616 |
| | | | Email: reggiet2@aol.com |
| 7 | **Consol Plaintiff** | | |
| 8 | **Barry Feldman** | represented by | **Christopher A. Seeger** |
| | | | Seeger Weiss LLP |
| 9 | | | One William Street |
| 10 | | | New York, NY 10004 |
| | | | Phone: 212-584-0700 / Fax: 212-584-0799 |
| 11 | | | Email: cseeger@seegerweiss.com |
| 12 | | | |
| | | | **Jonathan P. Hayden** |
| 13 | | | Lovitt & Hannan, Inc. |
| | | | 900 Front Street, Suite 300 |
| 14 | | | San Francisco, CA 94111 |
| 15 | | | Phone: 415 362-8769 / Fax: (415) 362-7528 |
| | | | Email: jonathan.hayden@lh-sf.com |
| 16 | | | |
| 17 | | | **Gary E. Mason** (See above for address) |
| | | | **Jonathan Shub** (See above for address) |
| 18 | | | **Michael Francis Ram** (See above for address) |
| 19 | **Defendant** | | |
| 20 | **Google Inc.** | represented by | **David Burman** |
| | | | **Susan D. Fahringer** |
| 21 | | | **Albert Gidari, Jr.** |
| | | | **Susan D Fahringer** |
| 22 | | | Perkins Coie LLP |
| 23 | | | 1201 Third Avenue, Suite 4800 |
| | | | Seattle, WA 98101-3099 |
| 24 | | | Phone: 206-359-8000 / Fax: (206) 359-9000 |
| | | | Email: dburman@perkinscoie.com |
| 25 | | | Email: sfahringer@perkinscoie.com |
| 26 | | | Email: AGidari@perkinscoie.com |
| | | | Email: sfahringer@perkinscoie.com |
| 27 | | | |
| 28 | | | |

DECLARATION OF SERVICE

| | | |
|---|---|---|
| 1 | | **Philip A. Leider** |
| 2 | | Perkins Coie LLP |
| | | 4 Embarcadero Center, Suite 2400 |
| 3 | | San Francisco, CA 94111 |
| | | Phone: 415-344-7000 / Fax: 415-344-7050 |
| 4 | | Email: pleider@chapop.com |
| 5 | | |
| 6 | **Objector** represented by | **Martin Murphy** |
| | **Kervin Walsh** | Liuzzi Murphy & Solomon, LLP |
| 7 | | 235 Montgomery Street, Ste. 854 |
| | | San Francisco, CA 94104 |
| 8 | | Phone: 415-400-7000 / Fax: 415-400-7055 |
| 9 | | Email: Martin@lmslaw.com |

1
2
3
4
5
6 **Objector**         represented by **Martin Murphy**
  **Kervin Walsh**                     Liuzzi Murphy & Solomon, LLP
7                                      235 Montgomery Street, Ste. 854
                                       San Francisco, CA 94104
8                                      Phone: 415-400-7000 / Fax: 415-400-7055
9                                      Email: Martin@lmslaw.com
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF SERVICE