United States District Court
Northern District of California
Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 11-16638

U.S. District Court Case No. 10-cv-00672-JW

Short Case Title: In re Google Buzz User Privacy Litigation

Date Notice of Appeal Filed by Clerk of District Court 06/28/11

## SECTION A - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 10/04/10 | Lee-Anne Shortridge | Preliminary Approval of Class Settlement |
| 02/07/11 | Lee-Anne Shortridge | Final Approval of Class Settlement |

(attach additional page for designations if necessary)

[ ] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[X] As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ] As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant
John W. Davis
Law Office of John W. Davis
501 W. Broadway, Ste. 800
San Diego, CA 92101
(619) 400-4870

Date Transcript Ordered 07/13/2011

Signature Attorney/Pro Per Litigant

SECTION C - To be completed by court reporter.

When the transcript is filed, complete this copy and submit it to the court reporter supervisor.

Date Transcript Filed 8-3-11    Court Reporter's Signature _Leidra Shortrdg_ (Shortridge)
print last name

## Section D

U.S. DISTRICT COURT CLERK, I certify that the record is available in the office of the U.S. District Court.

RICHARD W. WIEKING
(U.S. District Court Clerk)

AUG 9 2011
(Date)

BY: _Cindy Vargas_
Deputy Clerk

This copy is the CERTIFICATE OF RECORD. It should be transmitted to the court of appeals by the district clerk when the transcript is filed and the record is complete in the district court.

COPY THREE