Gary E. Mason (*pro hac vice*)
gmason@masonlawdc.com
Donna F. Solen (*pro hac vice*)
dscolen@masonlawdc.com
MASON LLP
1625 Massachusetts Ave., NW
Washington, DC 20036
Telephone:  (202) 429-2290
Facsimile:  (202) 429-2294

Michael F. Ram (SBN 104805)
mram@ramoson.com
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

William B. Rubenstein (SBN 235312)
rubenstein@law.harvard.edu
1545 Massachusetts Avenue
Cambridge, Massachusetts 02138
Telephone:  (617) 496-7320
Facsimile:  (617) 496-4865

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| IN RE GOOGLE BUZZ USER PRIVACY LITIGATION<br><br>This Pleading Relates To:<br><br>ALL CASES | Case No. 5:10-CV-00672-JW<br><br>**CLASS COUNSEL'S SUPPLEMENTAL APPLICATION FOR REIMBURSEMENT OF EXPENSES AND FINAL DISTRIBUTION OF SETTLEMENT FUND**<br><br>**[Hon. James Ware]** |
|---|---|

– 2 –

Class Counsel hereby file this Supplemental Application for Reimbursement of Expenses and Final Distribution of Settlement Funds.  In support thereof, Class Counsel have contemporaneously filed the Declaration of Gary E. Mason in Support of Supplemental Application for Reimbursement of Expenses and Final Distribution of Settlement Fund ("Mason Decl.") and state as follows:

1. Class Counsel, with the assistance of the Claims Administrator, has completed the distribution of the Settlement Fund as allowed by the Court in its orders dated June 2, 2011 [Dkt. No. 129] and June 17, 2011[Dkt. No. 136].  See Affidavit Mason Decl., at ¶1.

2. As of this date, $138,852.44 remains in the Settlement Fund.  The Court's June 2, 2011 Order provides that all amounts remaining in the Fund after deduction of fees and expenses are to be distributed to the *cy pres* recipients on a *pro rata* basis.  Order, at pp. 7-8. ("Any monies remaining in the Common Fund after payment of all *cy pres* distributions, fees and expenses shall be distributed, *pro rata*, among the *cy pres* recipients").

3. In connection with the resolution of the appeals filed in this case, Class Counsel incurred out-of pocket expenses of $3,002.55.  Mason Decl., at ¶¶ 3 & 4.  Class Counsel respectfully request the Court to enter an order permitting reimbursement of these expenses from the Settlement Fund.

4. After deduction of the expense represented in Paragraph 3 above, the amount left in the Settlement Fund will be $135,849.89.  A *pro rata* distribution (i.e., a distribution based on the amount each recipient's prior award relative to the total amount distributed to the *cy pres* recipients) of this balance would result in additional payments to the *cy pres* recipients as follows:

| Recipient | Amount |
|---|---|
| ACLU | $15,679.30 |
| Berkeley Center for Law & Technology | $11,199.50 |
| The Brookings Institution | $3,695.83 |
| CUPS Carnegie Mellon University | $7,839.65 |
| Center for Democracy & Technology | $11,199.49 |
| Electronic Frontier Foundation | $22,399.00 |
| Indiana University | $6,719.70 |

– 3 –

| | |
|---|---|
| Stanford Center for Internet and Society | $11,199.49 |
| YMCA of Greater Long Beach | $6,719.70 |
| EPIC | $11,199.49 |
| Santa Clara University | $11,199.49 |
| Youth Radio | $1,119.95 |
| Samuelson Law, Technology & Public Policy Clinic | $4,479.80 |
| Berkman Center for Internet & Society | $11,199.50 |

WHEREFORE, Class Counsel respectfully request that the Court enter an order permitting payment from the fund of $3,002.55 to Class Counsel, and the amounts set forth above to the *cy pres* recipients. A proposed Order is attached hereto.

Respectfully submitted,

DATED:   January 26, 2012

/s/ Gary E. Mason
Gary E. Mason, Esq. (admitted *pro hac vice*)
MASON LLP
1625 Massachusetts Ave., N.W., Suite 605
Washington, D.C. 20036
Tel. (202) 429-2290
Fax (202) 429-2294

Michael F. Ram (SBN 104805)
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Phone: (415) 433-4949
Fax: (415) 433-7311

William B. Rubenstein (SBN 235312)
1545 Massachusetts Avenue
Cambridge, Massachusetts 02138
Phone: (617) 496-7320
Fax: (617) 496-4865

*Attorneys for Plaintiffs and
the Proposed Class*