1  Gary E. Mason (pro hac vice)
   gmason@wbmllp.com
2  Donna F. Solen (pro hac vice)
   dsolen@wbmllp.com
3  MASON LLP
   1625 Massachusetts Ave., NW
4  Washington, DC  20036
   Telephone:  (202) 429-2290
5  Facsimile:  (202) 429-2294

6  Michael F. Ram (SBN 104805)
   mram@ramolson.com
7  RAM & OLSON LLP
   555 Montgomery Street, Suite 820
8  San Francisco, California  94111
   Telephone:  (415) 433-4949
9  Facsimile:  (415) 433-7311

10 *Attorneys for Plaintiffs and the Proposed Class*

*IT IS SO ORDERED*

*Judge James Ware*

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE BUZZ USER PRIVACY LITIGATION<br><br>This Document Relates To:<br>ALL CASES | No.: 10-00672 JW<br><br>**[PROPOSED] ORDER GRANTING SUPPLEMENTAL APPLICATION FOR FINAL DISTRIBUTION OF SETTLEMENT FUND**<br><br>JUDGE:     Hon. James Ware<br><br>**Original Complaint Filed: 02/17/10** |

Having considered Class Counsel's Final Application for Reimbursement of Expenses, the Court herby ORDERS that the Claims Administrator shall make payment from the Settlement Fund as follows:

1. Payment of $3,002.55 to Class Counsel;

2. Payment of $15,679.30 to the ACLU;

3. Payment of $11,199.50 to the Berkeley Center for Law & Technology;

– 1 –

4. Payment of $3,695.83 to the The Brookings Institution;

5. Payment of $7,839.65 to the CUPS Carnegie Mellon University;

6. Payment of $11,199.49 to the Center for Democracy & Technology;

7. Payment of $22,399.00 to the Electronic Frontier Foundation;

8. Payment of $6,719.70 to the Indiana University;

9. Payment of $11,199.49 to the Stanford Center for Internet and Society;

10. Payment of $6,719.70 to the YMCA of Greater Long Beach;

11. Payment of $11,199.49 to the EPIC;

12. Payment of $11,199.49 to the Santa Clara University;

13. Payment of $1,119.95 to the Youth Radio;

14. Payment of $4,479.80 to the Samuelson Law, Technology & Public Policy Clinic; and

15. Payment of $11,199.50 to the Berkman Center for Internet & Society.

IT IS SO ORDERED.

DATED: March 16, 2012

_____
The Honorable James Ware
United States District Judge

– 2 –

Case No. 10-0672 JW – [PROPOSED] ORDER GRANTING SUPPLEMENTAL APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES